UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Roy Den Hollander,

               Plaintiff on behalf of himself and others
               Similarly situated,

     -against-

Copacabana Nightclub,
China Club,
Guest House,
A.E.R. Nightclub,
Lotus,
Sol, [1] and
Jane Doe Promoters,

               Defendants.
----------------------------------------------------------------X

**Civil Action No.**

07 CV 5873

**NOTICE OF APPEARANCE**


TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney is of the law offices of Gordon & Rees LLP, and hereby files this Notice of Appearance in the above-referenced action as counsel for the Defendants in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers to be served upon:

        DEBORAH SWINDELLS DONOVAN, ESQ. (DD 3121)
        DDONOVAN@gordonrees.com
        GORDON & REES, LLP
        90 Broad Street, 23rd Floor
        New York, NY 10004
        Phone: 212-269-5500
        Fax: 212-269-5505


Dated:  New York, New York
          August 3, 2007

                                                                       GORDON & REES, LLP

By: *[signature]*
Deborah Swindells Donovan, Esq. (DD-3121)
Attorneys for Defendants
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 269-5500

TO:   Roy Den Hollander, Esq. (RDH 1957)
      The Law Office of
      Roy Den Hollander, Esq.
      *Attorney for Plaintiff*
      545 East 14th Street, 10D
      New York, NY 10009

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Roy Den Hollander,

           Plaintiff on behalf of himself and others
           Similarly situated,

      -against-

Copacabana Nightclub,
China Club,
Guest House,
A.E.R. Nightclub,
Lotus,
Sol,¹ and
Jane Doe Promoters,

           Defendants.
-----------------------------------------------------------------X

**Civil Action No.**

07 CV 5873

**AFFIDAVIT OF SERVICE**


STATE OF NEW YORK  )
                        ) ss.:
COUNTY OF NEW YORK  )

      Raymond Li, being duly sworn, deposes and says:

      1.     I am over eighteen years old, am not a party to this action, and reside in Nassau County, State of New York.
      2.     On August 2, 2007, I caused to be served **Defendant's Notice of Appearance** by placing true copies of the same in securely sealed first class postage paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon:

TO:    Roy Den Hollander, Esq. (RDH 1957)
        The Law Office of
        Roy Den Hollander, Esq.
        *Attorney for Plaintiff*
        545 East 14th Street, 10D
        New York, NY 10009

Sworn to before me this
2nd day of August, 2007.

_____
Notary Public

_____
RAYMOND LI

EMILY R. GREENE
Notary Public, State of New York
No. 01GR6152039
Qualified in New York County
Commission Expires Aug. 28, 2010