

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

ROY DEN HOLLANDER,                              Case No.:07-cv-5873 (MGC)(KNF)

                Plaintiff,                     **STIPULATION AND ORDER**

   - against-

COPACABANA NIGHT CLUB, CHINA CLUB,
GUEST HOUSE, A.E.R. NIGHTCLUB, SOL, and
JANE DOE PROMOTERS,

                Defendants.
------------------------------------------------------------ x

      **IT IS HEREBY STIPULATED AND AGREED** that the time for defendant AER Lounge, LLC to appear, answer or otherwise respond to the complaint is hereby extended from July 17, 2007 to and including October 1, 2007. No other motions for extension time have been filed by this Defendant with respect to the same limitation.

Dated: August 22, 2007

/s/ Vanessa R. Elliott

By:   Vanessa R. Elliott (VE 4752)           By:   Roy Den Hollander
       Counsel for Defendant AER Lounge, LLC       Plaintiff
       Beattie Padovano, LLC                       545 East 14th Street
       50 Chestnut Ridge Road                      New York, NY 10009
       Montvale, New Jersey 07645                  (212) 995-5201 (tel)
       Tel:   (201) 573-1810                      (917) 687-0652 (cell)
       velliott@beattielaw.com                     rdhhh@yahoo.com

SO ORDERED:

_____
              U.S.M.J.

483432_1\007158

RECEIVED TIME   AUG. 22.   11:32AM