Aug 22 07 03:26p   Roy Hollander   212 995 5201   p.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Roy Den Hollander,

        Plaintiff on behalf of himself
        and all others similarly situated,

-against-

Copacabana Nightclub,
China Club,
Guest House,
A.E.R. Nightclub,
Lotus,
Sol, and
Jane Doe Promoters,

        Defendants.
---------------------------------------------------------X

Civil Action No. 07 CV 5873 (MGC)

STIPULATION EXTENDING TIME TO REPLY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/07

IT IS HEREBY STIPULATED AND AGREED, by and between the respective parties to the above-entitled action, that the time for Defendant Lotus to answer or otherwise respond is hereby extended to and including the 1st day of October, 2007.

Dated:    New York, New York
           August 21, 2007

LAW OFFICES OF ROY DEN HOLLANDER

By: _____
Roy Den Hollander, Esq. (RDH/1957)
Attorneys for Plaintiff
545 East 14th Street, 10D
New York, NY 10009
917-687-0652

GORDON & REES, LLP

By: _____
Deborah Swindells Donovan, Esq. (DD-3121)
Attorneys for Defendant Lotus
90 Broad Street, 23rd Floor
New York, New York 10004
212-269-5500

SO ORDERED:

_____
HONORABLE MIRIAM G. CEDERBAUM
UNITED STATES DISTRICT COURT JUDGE

September 4, 2007