UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Roy Den Hollander

        Plaintiff on behalf of himself and
        all others similarly situated,

    v.

Copacabana Nightclub, China Club, Guest House,
A.E.R. Nightclub, Lotus, Sol, and Jane Doe
Promoters,
        Defendants.
------------------------------------------------------------x

**Civil Action No.**

07 CV 5873 (MGC)

**Notice of Appearance**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that the undersigned hereby files this Notice of Appearance in the above-referenced action as counsel for the Defendant Sol in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers to be served upon:

    ADAM B. KAUFMAN & ASSOCIATES, PLLC
    By: ROBERT S. GROSSMAN, ESQ. (RG 8043), Of Counsel
    585 Stewart Avenue, Suite 302
    Garden City, NY 11530
    Tel. (516) 228-8823
    Facsimile (516)-228-8824
    Email: RSGPCNY@aol.com

Dated: Garden City, New York
       September 20, 2007

                            ADAM B. KAUFMAN & ASSOCIATES PLLC

                            By: _/S/____Robert S. Grossman, Esq.
                            Robert S. Grossman, Esq. (RG 8043), Of Counsel
                            Attorneys for Defendant Sol
                            585 Stewart Avenue, Suite 302
                            Garden City, NY 11530
                            Tel: 516-228-8823

To:    Roy Den Hollander, Esq. (RDH 1957)
The Law Office of Roy Den Hollander, Esq.
Attorney for Plaintiff
545 East 14th Street, 10 D
New York, NY 10009
Email: roy17den@gmail.com

**Counsel for Copacabana**
Charles B. Linn, Esq.
901 North Broadway
North White Plains, NY 10603
(tel) 914 949 4200
(fax) 914 949 6897
Email: charles@charleslinn.com

**Counsel for Nightlife Enterprises, L.P. d/b/a China Club**
Thomas B. Wilinsky
Biancone & Wilinsky, LLP
230 Park Avenue, Suite 606
New York, New York 10169
(212) 661-1888
fax (212) 661-4774
Email: TWilinsky@BianconeandWilinsky.com

**Counsel for Defendant AER Lounge, LLC**
Vanessa R. Elliott
Beattie Padovano, LLC
50 Chestnut Ridge Road
Montvale, New Jersey 07645
Tel: (201) 573-1810
Email: velliott@beattielaw.com

**Counsel for Lotus**
Deborah Swindells Donovan, Esq.
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 269-5500 (tel)
Email ddonovan@gordonrees.com