IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICTOF NEW YORK

---------------------------------------------------X
ROY DEN HOLLANDER,

    Plaintiff on behalf of himself             STIPULATION
    and all others similarly situated,

        -against-                           Case No.: 07 Civ 5873 (MGC)

COPACABANA NIGHTCLUB, CHINA
CLUB, GUEST HOUSE, A.E.R NIGHTCLUB,
SOL and JANE DOE PROMOTERS,

        Defendants.
---------------------------------------------------X

    WHEREAS, Defendant Sol has retained the firm of ADAM B. KAUFMAN & ASSOCIATES, PLLC to represent it in this matter;

    WHEREAS, ADAM B. KAUFMAN & ASSOCS, PLLC has requested an opportunity to review the file in this matter, and to either serve and file an answer, move or otherwise respond to plaintiff's complaint;

    NOW, THEREFORE, IT IS HEREBY STIPULATED that Defendant Sol shall have through and including **October 1, 2007** to either serve and file an answer, move or otherwise respond to plaintiff's complaint. This stipulation may be signed in one or more counterparts, and a facsimile signature shall be deemed an original signature.

Dated: September 6, 2007

| | |
|---|---|
| ROY DEN HOLLANDER | ADAM B. KAUFMAN & ASSOCS, PLLC |
| Roy Den Hollander (RDH 1957) | Robert S. Grossman (RG 8043) |
| 545 East 14th Street, 10D | 585 Stewart Avenue, Suite 302 |
| New York, New York 10009 | Garden City, New York 11530 |
| (917) 687-0652 | (516) 745-1700 |
| Attorney for Plaintiff | Attorneys for Defendant Sol |