UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| ROY DEN HOLLANDER,<br><br>                    Plaintiff,<br><br>        - against-<br><br>COPACABANA NIGHT CLUB, CHINA CLUB,<br>GUEST HOUSE, A.E.R. NIGHTCLUB, SOL, and<br>JANE DOE PROMOTERS,<br><br>                    Defendants. | Case No.:07-cv-5873 (MGC)(KNF)<br><br>**NOTICE OF MOTION TO DISMISS**<br>**PURSUANT TO FED.R.CIV.P.**<br>**12(b)(6)** |

------------------------------------------------------------------ x

TO:   **Attached Service List**

PLEASE TAKE NOTICE that upon the annexed affirmation of Vanessa R. Elliott, Esq. and Memorandum of Law, counsel for defendant AER Lounge, LLC will move this Court on October 25, 2007 at 9:30 a.m. before the Hon. Miriam Goldman Cedarbaum, U.S. District Court Judge, Southern District of New York, U.S. Courthouse, Room 1330, 500 Pearl Street, New York, NY 10007-1312 for an Order pursuant to Fed.R.Civ.P. 12(b)(6), dismissing the complaint for failure to state a claim.

Dated:  September 28, 2007

/s/ Vanessa R. Elliott
_____
By:   Vanessa R. Elliott (VE 4752)
      Counsel for Defendant AER Lounge, LLC
      Beattie Padovano, LLC
      50 Chestnut Ridge Road
      Montvale, New Jersey 07645
      Tel:   (201) 573-1810
      velliott@beattielaw.com

486063_1\007612

SERVICE LIST FOR: Den Hollander v. Copacabana Nightclub, China Club, Guest House, AER Lounge, LLC, Lotus, Sol, and Jane Doe Promoters ; Case No. 07-CV-5873, S.D.N.Y.

**Plaintiff:**
Roy Den Hollander, Esq.
545 East 14th Street
New York, NY 10009
(212) 995-5201 (tel)
(917) 687-0652 (cell)
rdhhh@yahoo.com

**Counsel for Lotus**
Deborah Swindells Donovan, Esq.
90 Broad Street, 23rd Floor
New York, NY 10004
ddonovan@gordonrees.com
(212) 269-5500 (tel)

**Counsel for Nightlife Enterprises, L.P. d/b/a China Club**
Thomas B. Wilinsky, Esq.
Biancone & Wilinsky, LLP
230 Park Avenue, Suite 606
New York, New York 10169
(212) 661-1888
fax (212) 661-4774
email: TWilinsky@BianconeandWilinsky.com

**Counsel for Sol**
Adam B. Kaufman, Esq.
Adam B. Kaufman & Associates, PLLC
Attorneys at Law
585 Stewart Avenue, Suite 302
Garden City, New York 11530
abk@ezlaw.com
Tel: 516-228-8823
Fax: 516-228-8824

**Counsel for Copacabana**
Charles B. Linn, Esq.
901 North Broadway
North White Plains, NY 10603
charles@charleslinn.com
(tel) 914 949 4200
(fax) 914 949 6897

486011_1\007612