UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROY DEN HOLLANDER,

                    *Plaintiff on behalf of himself*        Case No. 07 CV 5873 (MGC)
                    *And all others similarly situated,*

   -against-

                                            **PROPOSED CASE
MANAGEMENT PLAN
SUBMITTED BY
<u>DEFENDANT LOTUS</u>**

COPACABANA NIGHTCLUB, CHINA CLUB, GUEST
HOUSE, A.E.R. NIGHTCLUB, LOTUS, SOL, AND
JANE DOE PROMOTERS,

                    Defendants.
-------------------------------------------------------------------X

      Based on Lotus' participation in the Rule 26(f) conference, held September 19, 2007, the following proposed case Schedule and Discovery Plan resulted.

**Proposed Schedule**

**Joinder of additional parties** by: **Plaintiff** requests two weeks after the completion of depositions.

**Lotus** objects to that timing on the grounds that, pursuant to Plaintiff's proposal, there will be no opportunity for Lotus or other Defendants to take the deposition of additional parties. Lotus proposes February 11, 2007.

**Amendment of pleadings** by:   **In his written submission, Plaintiff** requests adherence to Rule 15, but during the conference, Plaintiff said that he wanted to amend the pleadings after the completion of discovery.

**Lotus** requests the 20 days allowed by Federal Rule of Civil Procedure 15(a) to enable them to obtain discovery on any newly added claims.

**Class certification motion**, assuming there is no discovery on the class issues, by:

> **Plaintiff** requests November 15, 2007,

> **Defendants** will present their position at the October 16[th] conference.

**All motions other than summary judgment** by: May 2, 2008.

In accordance with Judge Cedarbaum's rules, **all trial witnesses, including experts**, to be disclosed 15 days prior to the end of discovery.

**All discovery** to be completed by: April 11, 2008.

**Joint Pretrial Order** to be submitted by: 60 days before Trial.

**Final Pretrial Conference**: 14 days before Trial.

**Trial**: October 2008

Plaintiff also submitted what appeared to be a Joint Pretrial Order. Lotus respectfully suggests that such a plan is premature and should be disclosed in accordance with the above schedule, namely, sixty days before trial.

Dated: October 1, 2007
New York, New York

Respectfully submitted,
Gordon & Rees, LLP

By: Deborah Swindells Donovan (DD8121)
Attorneys for Defendant Lotus
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 269-5500

TO:    Roy Den Hollander, Esq.
       Plaintiff
       545 East 14th Street
       New York, New York 10009
       (212) 995-5201

       Vanessa R. Elliot, Esq.
       Beattie Padovano, LLC
       Attorneys for Defendant A.E.R. Lounge, LLC
       50 Chestnut Ridge Road
       Montvale, New Jersey 07645
       (201) 573-1810

       Thomas B. Wilinsky, Esq.
       Biancone & Willinsky, LLP
       Attorneys for Defendant Nightlife Enterprises, L.P. d/b/a China Club
       230 Park Avenue, Suite 606
       New York, New York 10169
       (212) 661-1888

       Adam B. Kaufman, Esq
       Adam B. Kaufman & Associates, PLLC
       Attorneys for Defendant Sol
       585 Stewart Avenue, Suite 302
       Garden City, New York 11530
       (516) 228-8823

       Charles B. Linn, Esq.
       Attorneys for Defendant Copacabana
       901 North Broadway
       North White Plains, New York 10603
       (914) 949-4200