UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ROY DEN HOLLANDER,

                Plaintiff,

- against-

COPACABANA NIGHT CLUB, CHINA CLUB,
GUEST HOUSE, A.E.R. NIGHTCLUB, SOL, and
JANE DOE PROMOTERS,

                Defendants.
------------------------------------------------------------------ x

Case No.:07-cv-5873 (MGC)(KNF)

**RULE 7.1 STATEMENT OF DEFENDANT AER LOUNGE, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant AER Lounge, LLC states that it is a privately held limited liability company. There is no publicly-held corporation that owns 10% or more of AER Lounge, LLC.

Dated: October 3, 2007

/s/ Vanessa R. Elliott
_____
By:    Vanessa R. Elliott (VE 4752)
        Counsel for Defendant AER Lounge, LLC
        Beattie Padovano, LLC
        50 Chestnut Ridge Road
        Montvale, New Jersey 07645
        Tel:   (201) 573-1810
        velliott@beattielaw.com