UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Roy Den Hollander,

      Plaintiff on behalf of himself
      and all others similarly situated,

-against-

Copacabana Nightclub,
China Club,
Guest House,
A.E.R. Nightclub,
Lotus,
Sol, and
Jane Doe Promoters,

      Defendants.
-----------------------------------------------------------x

Docket No. 07 CV 5873 (MGC)
ECF

**VOLUNTARY DISMISSAL OF**
**DEFENDANT GUEST HOUSE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07

The named plaintiff in this proposed class action, Roy Den Hollander, voluntarily dismisses under Fed. R. Civ. R. § 41(a)(1)(i) and in accordance with Fed. R. Civ. P. § 23(e)(1)(A) this action against the named defendant Guest House, and the action is dismissed with prejudice. This voluntary dismissal is limited to defendant Guest House.

Dated: New York, N.Y.
      October 1, 2007

*Roy Den Hollander*
Roy Den Hollander (RDH 1957)
Attorney for plaintiff class
545 East 14 Street, 10D
New York, NY 10009
(917) 687 0652

So ordered:

s/ *United States District Judge*
October 3, 2007