UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Roy Den Hollander,

        Plaintiff on behalf of himself         Docket No. 07 CV 5873 (MGC)
        and all others similarly situated,         ECF

  -against-                                 **NOTICE OF MOTION FOR**
                                            **DISQUALIFICATION OF**
Copacabana Nightclub,                        **JUDGE CEDARBAUM**
China Club,
A.E.R. Nightclub,
Lotus,
Sol, and
Jane Doe Promoters,

        Defendants.
-----------------------------------------------------------x

      PLEASE TAKE NOTICE, that upon this notice of motion, attached affirmation of Roy Den Hollander, Esq. (the named plaintiff for the putative plaintiff class and tentative class counsel in this civil rights, 42 U.S.C. § 1983, class action), and the accompanying memorandum of law, the named plaintiff will move this Court on Thursday, November 1, 2007 at 9:30 PM before Judge Miriam G. Cedarbaum at the U.S. District Court, Southern District of New York, U.S. Courthouse, Courtroom 14A, 500 Pearl Street, New York, N.Y. for an Order disqualifying Judge Cedarbaum from this case for the appearance of sexual bias, sexual prejudice, and partiality against the putative class of men on whose behalf this class action was filed and the male named plaintiff.  Disqualification is requested under 28 U.S.C. §§ 455(a) & (b)(1) and the Due Process Clauses of the Fifth and 14th Amendment to the U.S. Constitution.

Dated: New York, NY                                 /S/
       October 7, 2007                           _____
                                                    Roy Den Hollander (RDH 1957)
                                                    545 East 14 Street, 10D
                                                    New York, NY 10009
                                                    (917) 687 0652