UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Roy Den Hollander,

       Plaintiff on behalf of himself        Docket No. 07 CV 5873 (MGC)
       and all others similarly situated,        ECF

    -against-        **CERTIFICATE OF SERVICE**

Copacabana Nightclub,
China Club,
A.E.R. Nightclub,
Lotus,
Sol, and
Jane Doe Promoters,

       Defendants.
------------------------------------------------------------x

     I, Roy Den Hollander, certify that on October 9, 2007, I served a copy of the plaintiffs' Notice of Motion for Disqualification of Judge Cedarbaum along with the Affirmation in Support and Memorandum of Law by the electronic court filing system of the U.S. Southern District Court on

    Vanessa R. Elliott, Esq.
    Beattie Padovano, LLC
    Attorneys for defendant A.E.R.
    50 Chestnut Ridge Road
    Montvale, NJ 07645
    (201) 573-1810

    Deborah Swindells Donovan, Esq.
    Gordon & Rees, LLP
    Attorneys for defendant Lotus
    90 Broad Street, 23rd Floor
    New York, N.Y. 10004
    (212) 269-5500

    Robert S. Grossman, Esq.
    Adam B. Kaufman & Associates, PLLC
    Attorneys for defendant Sol

585 Stewart Avenue, Suite 302
Garden City, N.Y. 11530
(516) 228-8823,

Andon October 9, 2007, served by U.S. Post in a first class wrapper postage paid deposited at the

General Post Office on 33rd Street and Eighth Avenue on

udge Cedarbaum
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1330
New York, N.Y. 10007

Charles B. Linn, Esq.
Attorney for defendant Copacabana
901 North Broadway
North White Plains, N.Y. 10603
(914) 949-4200

Danny Free, Principal
China Club
Nightlife Enterprises L.P.
268 West 47 Street
New York, N.Y. 10036-1411
(212) 398-3800


Dated: New York, NY                                     /S/
       October 8, 2007                            _____
                                                  Roy Den Hollander (RDH 1957)
                                                  545 East 14 Street, 10D
                                                  New York, NY 10009
                                                  (917) 687 0652

2