UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ROY DEN HOLLANDER,

                          Plaintiff,

  -against-

COPACABANA NIGHTCLUB, CHINA CLUB, GUEST HOUSE, A.E.R. NIGHTCLUB, LOTUS, SOL and JANE DOE PROMOTERS
                       Defendants.
------------------------------------------------------------------x

Case No.: 07-CV 5873 (MGC)

**AMENDED CERTIFICATE OF SERVICE**

    I, DEBORAH SWINDELLS DONOVAN, hereby certify that on October 24 2007, I caused a true and correct copy of the DEFENDANT'S LOTUS, DECLARATION OF DEBORAH SWINDELLS DONOVAN IN OPPOSITION TO PLAINTIFFS MOTION TO DISQUALIFY JUDGE CEDARBAUM, MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY JUDGE CEDARBAUM AND CERTIFICATE OF SERVICE, to be served:

via the electronic court filing system of the United States District Court of the Southern District of New York upon:

    Roy Den Hollander, Esq.
    Plaintiff
    545 East 14th Street
    New York, New York 10009
    (212) 995-5201

    Vanessa R. Elliot, Esq.
    Beattie Padovano, LLC
    Attorneys for Defendant A.E.R. Lounge, LLC
    50 Chestnut Ridge Road
    Montvale, New Jersey 07645
    (201) 573-1810

via email and regular mail upon:

    twilinsky@bianconeandwilinsky.com
    Thomas B. Wilinsky, Esq.
    Biancone & Willinsky, LLP
    Attorneys for Defendant Nightlife Enterprises, L.P. d/b/a China Club
    230 Park Avenue, Suite 606
    New York, New York 10169
    (212) 661-1888

    abk@ezlaw.com
    Adam B. Kaufman, Esq
    Adam B. Kaufman & Associates, PLLC
    Attorneys for Defendant Sol
    585 Stewart Avenue, Suite 302
    Garden City, New York 11530
    (516) 228-8823

    charles@charleslinn.com
    Charles B. Linn, Esq.
    Attorneys for Defendant Copacabana
    901 North Broadway
    North White Plains, New York 10603
    (914) 949-4200

Dated: October 24, 2007

                                            Deborah Swindells Donovan (DD3121)