# New York State Department of State
## State Tax Warrant Notice System

Taxpayer Names

**Please note that this record report has been generated by an independent searcher, using the Department of State's, State Tax Warrant Notice On-Line Database. The information contained in this report is NOT an official record of the Department of State.**

| Taxpayer Name(s) Selected: | City specified in warrant address record of Taxpayer Searched: | County in which warrant is filed of Taxpayer Searched: |
|---|---|---|
| LULU'S, LLC | Not Applicable | Not Applicable |

Your name selection(s) has returned 3 State Tax Lien Notice histories.
Back Button
[Back]

### Warrant ID# : E-022837098-W001-4

| Recorded Taxpayer Name(s) | Address |
|---|---|
| LULU'S, LLC<br>T/A<br>LOTUS | 409 W 14TH ST<br>NEW YORK, NY 10014-1003 |

| Docket Date | County | Docket Amount | Dos File Date | Satisfied Date | Vacate Date | Amend Date |
|---|---|---|---|---|---|---|
| July 20, 2004 | NEW YORK | $48,613.73 | July 20, 2004 | | | |

| Recorded Taxpayer Name(s) | Address |
|---|---|
| LULU'S, LLC<br>T/A<br>LOTUS | 409 W 14TH ST<br>NEW YORK, NY 10014-1003 |

| Docket Date | County | Docket Amount | Dos File Date | Satisfied Date | Vacate Date | Amend Date |
|---|---|---|---|---|---|---|
| July 20, 2004 | NEW YORK | $48,613.73 | September 19, 2007 | September 10, 2007 | | |

### Warrant ID# : E-010958639-W001-5

| Recorded Taxpayer Name(s) | Address |
|---|---|

| Recorded Taxpayer Name(s) | Address |
|---|---|
| WILL REGAN INDIVIDUALLY AND AS RESPONSIBLE PERSON OF LULU'S, LLC | 136 W 16TH ST APT 1RW NEW YORK, NY 10011-6200 |

| Docket Date | County | Docket Amount | Dos File Date | Satisfied Date | Vacate Date | Amend Date |
|---|---|---|---|---|---|---|
| July 21, 2004 | NEW YORK | $46,590.70 | July 21, 2004 | | | |

| Recorded Taxpayer Name(s) | Address |
|---|---|
| WILL REGAN INDIVIDUALLY AND AS RESPONSIBLE PERSON OF LULU'S, LLC | 136 W 16TH ST APT 1RW NEW YORK, NY 10011-6200 |

| Docket Date | County | Docket Amount | Dos File Date | Satisfied Date | Vacate Date | Amend Date |
|---|---|---|---|---|---|---|
| July 21, 2004 | NEW YORK | $46,590.70 | May 26, 2005 | | May 19, 2005 | |

**Warrant ID# : E-022837098-W003-3**

| Recorded Taxpayer Name(s) | Address |
|---|---|
| LULU'S, LLC T/A LOTUS | 409 W 14TH ST NEW YORK, NY 10014-1003 |

| Docket Date | County | Docket Amount | Dos File Date | Satisfied Date | Vacate Date | Amend Date |
|---|---|---|---|---|---|---|
| November 03, 2006 | NEW YORK | $81,817.56 | November 03, 2006 | | | |

Back Button

\* Filed with Department of State on or prior to implementation of electronic filing system, January 8, 2004. Dates for filings made prior to January 8, 2004 must be derived from paper filings and should be obtained from the Department of Taxation and Finance.

Back

[ Division of Corporations, State Records and UCC Home Page ] [ NYS Department of State Home Page ]