UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
Roy Den Hollander,

              Plaintiff on behalf of himself         Docket No. 07 CV 5873 (MGC)
              and all others similarly situated,       ECF

      -against-                        **CERTIFICATE OF SERVICE**
                                                **<u>REPLY TO OPPOSITION</u>**
Copacabana Nightclub,
China Club,
A.E.R. Nightclub,
Lotus,
Sol, and
Jane Doe Promoters,

              Defendants.

----------------------------------------------------------x


       I, Roy Den Hollander, certify that on October 29, 2007, I served a copy of the plaintiffs'

Reply to Defendants' Opposition to Motion for Disqualification of Judge Cedarbaum that

consisted of an Affirmation and Memorandum of Law by the electronic court filing system of the

U.S. Southern District Court on

      Vanessa R. Elliott, Esq.
      Beattie Padovano, LLC
      Attorneys for defendant A.E.R.
      50 Chestnut Ridge Road
      Montvale, NJ 07645
      (201) 573-1810

      Deborah Swindells Donovan, Esq.
      Gordon & Rees, LLP
      Attorneys for defendant Lotus
      90 Broad Street, 23rd Floor
      New York, N.Y.  10004
      (212) 269-5500

      Robert S. Grossman, Esq.
      Adam B. Kaufman & Associates, PLLC
      Attorneys for defendant Sol

585 Stewart Avenue, Suite 302
Garden City, N.Y. 11530
(516) 228-8823,

And on October 29, 2007 via email to

charles@charleslinn.com
Charles B. Linn, Esq.
Attorney for defendant Copacabana
901 North Broadway
North White Plains, N.Y. 10603
(914) 949-4200

And on October 29, 2007, served by U.S. Post in a first-class wrapper with postage paid and

deposited into a U.S. Postal depository on

Judge Cedarbaum
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1330
New York, N.Y. 10007

Charles B. Linn, Esq.
Attorney for defendant Copacabana
901 North Broadway
North White Plains, N.Y. 10603
(914) 949-4200

Danny Free, Principal
China Club
Nightlife Enterprises L.P.
268 West 47 Street
New York, N.Y. 10036-1411
(212) 398-3800

Dated: New York, NY                                              /S/
       October 29, 2007
                                              _____
                                              Roy Den Hollander (RDH 1957)
                                              545 East 14 Street, 10D
                                              New York, NY 10009
                                              (917) 687 0652

2