UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Roy Den Hollander

      Plaintiff on behalf of himself and
      all others similarly situated,

   v.

Copacabana Nightclub, China Club, Guest House, A.E.R. Nightclub, Lotus, Sol, and Jane Doe Promoters,
            Defendants.
-------------------------------------------------------------x

**Civil Action No.**

07 CV 5873 (MGC)

**Certificate of Service**

      Robert S. Grossman, an attorney duly admitted to practice law before the Courts of the State of New York and the United States District Court in the Southern District of New York hereby certifies that I have this 24th day of October, 2007 caused a copy of the **DECLARATION OF COUNSEL FOR DEFENDANT SOL IN OPPOSITION TO PLAINIFF'S MOTION TO DISQUALIFY JUDGE CEDARBAUM** to be served upon Plaintiff's counsel and the counsel for the co-defendants who have appeared in this action by causing a true and correct copy thereof to be delivered to said counsel by electronic court filing system of the United States District Court for the Southern District of New York as indicated below:

      **Plaintiff, pro se**
      Roy Den Hollander, Esq.
      The Law Office of Roy Den Hollander, Esq.
      545 East 14th Street, 10 D
      New York, NY 10009
      Email: roy17den@gmail.com

      **Counsel for Defendant AER Lounge, LLC**
      Vanessa R. Elliott
      Beattie Padovano, LLC
      50 Chestnut Ridge Road
      Montvale, New Jersey 07645
      Tel: (201) 573-1810
      Email: velliott@beattielaw.com

      **Counsel for Lotus**
      Deborah Swindells Donovan, Esq.
      90 Broad Street, 23rd Floor

New York, NY 10004
(212) 269-5500 (tel)
Email ddonovan@gordonrees.com


Dated: Garden City, New York
October 24, 2007

                                      ADAM B. KAUFMAN & ASSOCIATES PLLC

                                      By:  _/S/____Robert S. Grossman, Esq.
                                      Robert S. Grossman, Esq. (RG 8043), Of Counsel
                                      Attorneys for Defendant Sol
                                      585 Stewart Avenue, Suite 302
                                      Garden City, NY 11530
                                      Tel: 516-228-8823