UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Roy Den Hollander

        Plaintiff on behalf of himself and
        all others similarly situated,

    v.

Copacabana Nightclub, China Club, Guest House,
A.E.R. Nightclub, Lotus, Sol, and Jane Doe
Promoters,
        Defendants.
-------------------------------------------------------------x

**Civil Action No.**

07 CV 5873 (MGC)

**Certificate of Service**

    Robert S. Grossman, an attorney duly admitted to practice law before the Courts of the State of New York and the United States District Court in the Southern District of New York hereby certifies that I have on **November 7, 2007** caused a copy of the **NOTICE OF MOTION TO DISMISS WITH DECLARATION OF COUNSEL BY DEFENDANT SOL, AND MEMORANDUM OF LAW IN SUPPORT THEREOF** to be served upon Plaintiff's counsel and the counsel for the co-defendants who have appeared in this action by causing a true and correct copy thereof to be delivered to said counsel by electronic court filing system of the United States District Court for the Southern District of New York as indicated below:

    **Plaintiff, pro se**
Roy Den Hollander, Esq.
The Law Office of Roy Den Hollander, Esq.
545 East 14th Street, 10 D
New York, NY 10009
Email: roy17den@gmail.com

    **Counsel for Defendant AER Lounge, LLC**
Vanessa R. Elliott
Beattie Padovano, LLC
50 Chestnut Ridge Road
Montvale, New Jersey 07645
Tel: (201) 573-1810
Email: velliott@beattielaw.com

    **Counsel for Lotus**
Deborah Swindells Donovan, Esq.
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 269-5500 (tel)
Email ddonovan@gordonrees.com

And courtesy copies have been sent on this date to counsel for the following parties who have not yet appeared:

**Possible Counsel for Copacabana (No appearance as of this date)**
Charles B. Linn, Esq.
901 North Broadway
North White Plains, NY 10603
(tel) 914 949 4200
(fax) 914 949 6897
Email: Charles@charleslinn.com

**Possible Counsel for Nightlife Enterprises, L.P. d/b/a China Club (No appearance as of this date)**
Thomas B. Wilinsky
Biancone & Wilinsky, LLP
230 Park Avenue, Suite 606
New York, New York 10169
(212) 661-1888
fax (212) 661-4774
email: TWilinsky@BianconeandWilinsky.com

Dated: Garden City, New York
       November 7, 2007

                          ADAM B. KAUFMAN & ASSOCIATES PLLC

                          By:  _/S/____Robert S. Grossman, Esq.
                          Robert S. Grossman, Esq. (RG 8043), Of Counsel
                          Attorneys for Defendant Sol
                          585 Stewart Avenue, Suite 302
                          Garden City, NY 11530
                          Tel: 516-228-8823