UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Roy Den Hollander,

Case No.:  07-CV 5873 (MGC)

Plaintiff on behalf of himself
and all others similarly situated,

**CERTIFICATE OF SERVICE**

-against-

Copacabana Nightclub,
China Club,
Guest House,
A.E.R. Nightclub,
Lotus,
Sol, and
Jane Doe Promoters,

I, DEBORAH SWINDELLS DONOVAN, hereby certify that on November 7, 2007, I caused a true and correct copy of the DEFENDANT'S LOTUS, NOTICE OF MOTION TO DISMISS, MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS and DECLARATION OF DEBORAH SWINDELLS DONOVAN to be served:

via the electronic court filing system of the United States District Court of the Southern District of New York upon:

       Roy Den Hollander, Esq.
       Plaintiff
       545 East 14th Street
       New York, New York 10009
       (212) 995-5201

       Vanessa R. Elliot, Esq.
       Beattie Padovano, LLC
       Attorneys for Defendant A.E.R. Lounge, LLC
       50 Chestnut Ridge Road
       Montvale, New Jersey 07645
       (201) 573-1810

abk@ezlaw.com
Adam B. Kaufman, Esq
Adam B. Kaufman & Associates, PLLC
Attorneys for Defendant Sol
585 Stewart Avenue, Suite 302
Garden City, New York 11530
(516) 228-8823

via email upon:

twilinsky@bianconeandwilinsky.com
Thomas B. Wilinsky, Esq.
Biancone & Willinsky, LLP
Attorneys for Defendant Nightlife Enterprises, L.P. d/b/a China Club
230 Park Avenue, Suite 606
New York, New York 10169
(212) 661-1888

charles@charleslinn.com
Charles B. Linn, Esq.
Attorneys for Defendant Copacabana
901 North Broadway
North White Plains, New York 10603
(914) 949-4200

Dated:  November 7, 2007

Deborah Swindells Donovan (DD8121)