Adam B. Kaufman & Associates, PLLC
*Attorneys for Defendant Sol*
585 Stewart Avenue, Suite 302
Garden City, New York 11530
Tel 516-228-8823
By: Robert S. Grossman (RG 8043)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Roy Den Hollander,

      Plaintiff, on behalf of himself and others
      Similarly Situated,                              Case No.: 07 Civ. 5873

      v.

Copacabana Nightclub, China Club, et al.,

           Defendants.
-----------------------------------------------------------------x

**Rule 7.1 Disclosure Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, SOL certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

1.    None – there are no corporate parents, affiliates and/or subsidiaries of Defendant Sol that are publicly held.

DATED:    Garden City, New York
              November 9, 2007

                                          Adam B. Kaufman & Associates, PLLC

                                          _s/_____
                                          By: Robert S. Grossman, (RG 8043)
                                          *Attorneys for Defendant Sol*
                                          585 Stewart Avenue, Suite 302
                                          Garden City, NY 11530
                                          516-228-8823

TO:     **Plaintiff, pro se**
Roy Den Hollander, Esq.
The Law Office of Roy Den Hollander, Esq.
545 East 14th Street, 10 D
New York, NY 10009
Email: roy17den@gmail.com

**Counsel for Defendant AER Lounge, LLC**
Vanessa R. Elliott
Beattie Padovano, LLC
50 Chestnut Ridge Road
Montvale, New Jersey 07645
Tel: (201) 573-1810
Email: velliott@beattielaw.com

**Counsel for Lotus**
Deborah Swindells Donovan, Esq.
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 269-5500 (tel)
Email ddonovan@gordonrees.com