UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Roy Den Hollander,

        Plaintiff on behalf of himself
        and all others similarly situated,

            Civil Action No. 07 CV 5873

-against-

            **DISCLOSURE STATEMENT**

Copacabana Nightclub,
China Club,
Guest House,
A.E.R. Nightclub,
Lotus,
Sol, and
Jane Doe Promoters,

        Defendants .
-----------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Lotus states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:    New York, New York
           November 9, 2007

            Respectfully submitted,

            GORDON & REES, L.L.P.

            By: _____
            DEBORAH SWINDELLS DONOVAN (DD 3121)
            Attorneys for Defendant Lotus
            90 Broad Street
            23rd Floor
            New York, New York 10004
            (212) 269-5500

TO:    See attached certificate of service