

Roy Den Hollander <roy17den@gmail.com>

# Nightclubs NYC Party Calendar For November 6th -November 10th

**guestlist@nightclubsnyc.com** <guestlist@nightclubsnyc.com>    Wed, Nov 7, 2007 at 10:44 AM
Reply-To: guestlist@nightclubsnyc.com
To: ROY <RDHHH@yahoo.com>



NEW YORK'S BEST CLUBS

## Nightclubs NYC
## Weekly Party Calendar

— FRIDAY —

**GOOD LIFE AFTERWORK @ LQ**
Hip Hop . Reggae . R&B . Salsa . Merengue

Tijeras & Jinx Paul On The Main Floor 2 For 1
Drinks & Buffet Till 7pm
Ladies Free Till 7pm Guys $5 Till 6pm, $10 After
**For More Information & Guestlist**




**VIVA FRIDAYS @ CHINA CLUB**
Hip Hop . Salsa . Merengue . Reggae

3 Floors of Music
Complimentary Drink 10-11pm
Ladies Free till Midnight! Guys Free Till 11pm
**For More Information & Guestlist**



**ROCK & POP FRIDAYS @ AURA**
Spanish Rock . Latin Pop . Salsa . Merengue

2 Floors of The Best In Latin Music
Ladies Free till Midnight! Guys Reduced
**For More Information & Guestlist**



— SATURDAY —

**THE SPOT SATURDAYS @ SPOTLIGHT LIVE**
Hip Hop . Rock . House . R&B . Classics . 80's

NYC's Biggest Party-4 Floors & 2 Rooms of Music
Ladies Free Till Midnight
Main Floors Hip Hop, R&B, Rock & Classics By
By Peter Parker with Special Guest DJ Big Ben
House, Dance and Old School In The Penthouse
**For More Information & Guestlist**






**Join Us For Possibly The Last Thanksgiving Celebration at the Legendary China Club**

A New York Institution
Celebrates It's 25th Thanksgiving

Pick Up $10 Advance Tickets Before November 14th



Text the word "**NYC**" to **43077** And Get Connected to the hottest clubs, parties and concerts in NYC
_____

You are currently subscribed to the NightclubsNYC list as RDHHH@YAHOO.COM
To unsubscribe goto the link below:
http://host.netatlantic.com/cgi-bin/process.pl?id=56090013M