

Roy Den Hollander <roy17den@gmail.com>

## Tonight! Don't miss the Grand Opening of Sexy Saturday's 9/29 at Sol

**Upcoming Events <info2@victory2multimedia.com>**     Sat, Sep 29, 2007 at 1:21 PM
Reply-To: info@victory2multimedia.com
To: RDHHH@yahoo.com



E X C I T E M E N T   E V E R Y   N I G H T

▶▶ Saturday September 29th



**GRAND OPENING OF**
**SEXY SATURDAYS**
**@ CLUB SOL**

**Sat September 29th**

**ON THE VICTORY2 GUEST LIST**
Ladies Complimentary Admission til Midnight - Reduced After
Gents Complimentary Admission til 11PM - Reduced After

**DRESS CODE**
Fashionable and Trendy. Jeans OK. But No Sneakers.
Collared shirts a must for Gents.

>TO GET ON THE GUEST LIST OR FOR MORE INFO FOLLOW HERE<

**21 & Over / Proper ID Required**

CLUB SOL
609w 29th st. btwn West Side
Highway & 11th Ave

**Info & Guest list: 212.779.2222 or**
Follow here for more info

>FOLLOW HERE FOR PHOTO GALLERIES, MORE EVENTS & INFO<



© 2007 Victory2 Multimedia
To unsubscribe, reply to this message with "remove" on the subject line or contact us at Victory2 multimedia 9 east 38th st New York, NY 10016