

**Roy Den Hollander <roy17den@gmail.com>**

## Confirmation for Aer Thursday - My Birthday!

**thursdays <thursdays@robdiesel.net>**                              **Wed, May 23, 2007 at 11:40 AM**
Reply-To: thursdays@robdiesel.net
To: roy17den@gmail.com

Confirmation for Aer Thursday - My Birthday!

Hey,
How are you? This is your confirmation for ROB DIESELS VIP list at Aer Thursday. When you arrive, tell my doorman (Chris) that you are on ROB DIESELS VIP list. He will take care you and your guests. Have a good time, call me if you need me.

Please come in rockstar attire.

Rob Diesel
RobDiesel.Net
RockstarReport.Com
917.691.2345
Aer Thursdays : Providence Fridays : BLVD Saturdays

_____
Need personalized email and website? Look no further. It's easy
with Doteasy $0 Web Hosting! Learn more at www.doteasy.com