A.E.R

