http://www.copacabanany.com/copa_shows_cms.php?id=98    5/25/2007 12:08 PM

About the Copa

Photo Gallery

Copa Shows

Buy Tickets

Book For Your Event

Contact



THE COPACABANA PRESENTS:

THURSDAY, MAY 24

## LA KALLE 105.9 COLLEGE PARTY!!

Performing live: JOWELL Y RANDY singing their smash hits: "Siente El Boom," "Soy Una Gargola," "No Te Veo," Agressivo," and more!!!

Admission:
Ladies $5 before midnight
Fellas $25 under 21 / $15 over 21

CLICK HERE FOR REDUCED ADMISSION

DJ KAZZANOVA in the disco room spinning the best of Classics, House, R&B, Dance, Hip Hop & Reggaeton.

Call the Copa for advance table reservations of 4 or more. $20.00 per person includes admission and table with no waiting in line. (212) 239-COPA (2672). Large reservations and birthday parties, call Claudia (212) 239-2672.

Dress to impress! Dress jeans OK, if worn fashionably (no baggies). NO sneakers or boots. Buttoned-down long sleeve collared shirts. No gold chains for gentlemen. Accepted age for admission: 17 and over. Must have official state ID or passport.

THE COPACABANA
560 West 34th Street
(11th Ave.) NY, NY 10001
Tel: 212.239.2672
Contact Us