

**Roy Den Hollander <roy17den@gmail.com>**

# Sign Up Confirmation - The Wednesday list for Lotus

**Velvet List <info@velvetlist.com>**                    Wed, May 23, 2007 at 10:54 AM
Reply-To: Velvet List <info@velvetlist.com>
To: rdhhh@yahoo.com



Thank you Roy Hollander for using velvetlist
You have been placed on the Velvet list at Lotus for Wednesday night.

**Important: Mention that you are on the <u>Velvet List</u> at the door to get reduced admission, or you will have to pay full price!**
Take this printout to avoid confusion: http://www.velvetlist.com/printout.php3?club=Lotus&night=Wednesday&name=Roy Hollander

**Wednesdays at Lotus**

Address: 409 W 14th St (bet 9th and 10th)
Ladies are free before midnight on the Velvet List and reduced after. Guy are reduced all night with Velvet List.

Want to get to higher ground? Come to Higher Ground Wednesdays at the legendary Lotus nightclub. This party promises to bring pleasure and intensity to get you ready for our weekend's events. Velvet List grants you access to one of the hottest and longest running Wednesday night events in New York. This impressive venue has been featured everywhere and its celebrity clientele is incomparable, get behind the rope at the top and make a reservation today.
Lotus has a very selective door policy, dress trendy to impress on the upscale side please.