**ROY DEN HOLLANDER**
Attorney at Law

545 East 14th Street                                    Tel. & Fax: (212) 995-5201
New York, NY  10009                                     Mobile 917 687 0652
                                                        rdhhh@yahoo.com

October 29, 2007

Judge Cedarbaum
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1330
New York, N.Y. 10007

**Hollander v. Copacabana Nightclub et al.** *(Class Action)*
<u>S.D.N.Y. 07 Cv 5873 (MGC)</u>

Dear Judge Cedarbaum:

      The attorney for defendant Lotus, Deborah Swindells Donovan, submitted six essays in Exhibit A of her opposition to my motion for recusal.  All of the essays except one are not available to the public, and to my knowledge are only located on my personal computer and another computer, which are both connected to the Internet.  Attorney Donovan's acquisition of these essays raises questions of cyber crime—hacking into Internet computers, re:  18 U.S.C. § 1030(a)(2), and copyright violation by publishing the essays in her exhibit without my permission.

      Attorney Donovan claims a third party gave her the articles; perhaps her firm's private detective, but she would not identify any third party.  I have filed a complaint with the Internet Computer Cyber Crime Center, a partnership of the Federal Bureau of Investigation and the National White Collar Crime Center.  The Cyber Crime Center, however, has many cases to handle, and there is a lengthy delay.  Since the apparently illegally obtained evidence has been submitted in these proceedings, I am requesting the Court to instruct attorney Donovan to reveal how, when, and, if applicable, from whom she acquired the essays.  She is not claiming any privilege, and in order to secure the just, fair and speedy determination of this action, Fed. R. Civ. P. 1, I believe the source of the articles should be revealed.

      Thank you for your time.


                                                        Sincerely,


                                                        Roy Den Hollander (RDH 1957)

CC  Charles B. Linn, Esq.
    Attorney for defendant Copacabana
    901 North Broadway
    North White Plains, N.Y. 10603
    (914) 949-4200

    Danny Free, Principal
    China Club
    268 West 47th Street
    New York, N.Y. 10036
    (212) 398-3800

    Vanessa R. Elliott, Esq.
    Beattie Padovano, LLC
    Attorneys for defendant A.E.R.
    50 Chestnut Ridge Road
    Montvale, NJ 07645
    (201) 573-1810

    Deborah Swindells Donovan, Esq.
    Gordon & Rees, LLP
    Attorneys for defendant Lotus
    90 Broad Street, 23rd Floor
    New York, N.Y.  10004
    (212) 269-5500

    Adam B. Kaufman, Esq.
    Robert S. Grossman
    Adam B. Kaufman & Associates, PLLC
    Attorneys for defendant Sol
    585 Stewart Avenue, Suite 302
    Garden City, N.Y. 11530
    (516) 228-8823