UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Roy Den Hollander,

       Plaintiff on behalf of himself        Docket No. 07 CV 5873 (MGC)
       and all others similarly situated,        ECF

  -against-        **CERTIFICATE OF SERVICE**
       **FRIST AMENDED COMPLAINT**
       **AND OPPOSITION TO**
       **MOTIONS TO DISMISS**

Copacabana Nightclub,
China Club,
A.E.R. Nightclub,
Lotus,
Sol, and
Jane Doe Promoters,

       Defendants.
-----------------------------------------------------------x

    I, Roy Den Hollander, certify that on November 20, 2007, I served a copy of the plaintiffs' class Opposition to Defendants' Motions to Dismiss with exhibits by the electronic court filing system of the U.S. Southern District Court on

    Vanessa R. Elliott, Esq.
    Beattie Padovano, LLC
    Attorneys for defendant A.E.R.
    50 Chestnut Ridge Road
    Montvale, NJ 07645
    (201) 573-1810

    Deborah Swindells Donovan, Esq.
    Gordon & Rees, LLP
    Attorneys for defendant Lotus
    90 Broad Street, 23rd Floor
    New York, N.Y. 10004
    (212) 269-5500

    Robert S. Grossman, Esq.
    Adam B. Kaufman & Associates, PLLC
    Attorneys for defendant Sol

585 Stewart Avenue, Suite 302
Garden City, N.Y. 11530
(516) 228-8823,

And on November 20, 2007 via email to

charles@charleslinn.com
Charles B. Linn, Esq.
Attorney for defendant Copacabana
901 North Broadway
North White Plains, N.Y. 10603
(914) 949-4200

And on November 20, 2007, served by U.S. Post in a first-class wrapper with postage paid and

deposited into a U.S. Postal depository on

Judge Cedarbaum
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1330
New York, N.Y. 10007

Charles B. Linn, Esq.
Attorney for defendant Copacabana
901 North Broadway
North White Plains, N.Y. 10603
(914) 949-4200

Danny Feied, Principal
China Club
Nightlife Enterprises L.P.
268 West 47 Street
New York, N.Y. 10036-1411
(212) 398-3800


Dated: New York, NY                              /S/
       November 21, 2007        _____
                                Roy Den Hollander (RDH 1957)
                                545 East 14 Street, 10D
                                New York, NY 10009
                                (917) 687 0652

2