**STATE OF NEW YORK**
**DIVISION OF ALCOHOLIC BEVERAGE CONTROL**

| 84 Holland Avenue | 11 Park Place | 125 Main Street |
| Albany, NY 12208 | New York, NY 10007 | Buffalo, NY 14203 |

****************************************************************************************

IN THE MATTER OF PROCEEDINGS TO CANCEL OR REVOKE

**NOTICE OF PLEADING**

1100320, NEW YORK OP 1100320

**3571-2003/Case No. 10761**

LULU'S LLC

409 W 14TH STREET
NEW YORK, NY 10014

PLEASE TAKE NOTICE, that pursuant to Section 118 of the Alcoholic Beverage Control Law you are required to answer by mail as provided below, or in person, at the office of the Division of Alcoholic Beverage Control, 11 Park Place, Room 5-1B, New York, New York 10007, on **December 10, 2003**, at 11:00 AM, in connection with proceedings to cancel or revoke the above-referenced license, and to plead to the following charge(s):

1. That on 8/28/03, the licensee violated Rule 54.3 of the Rules of the State Liquor Authority [9 NYCRR 48.3], in that it did not conform with all applicable building codes, and/or fire, health, safety and governmental regulations; a summons was issued for unlicensed cabaret; all cause for revocation, cancellation or suspension of the license in accordance with Rule 36.1(f) of the Rules of the State Liquor Authority (9 NYCRR 53.1(f)].
2. That on 9/4/03, in violation of subdivision 1 of section 65 of the Alcoholic Beverage Control Law, the licensee sold, delivered or gave away, or permitted to be sold, delivered or given away, alcoholic beverages to a person or persons actually under the age of twenty-one years.
3. That on 9/3/03, the licensee violated Rule 54.3 of the Rules of the State Liquor Authority [9 NYCRR 48.3], in that it did not conform with all applicable building codes, and/or fire, health, safety and governmental regulations; a summons was issued for unlicensed cabaret; all cause for revocation, cancellation or suspension of the license in accordance with Rule 36.1(f) of the Rules of the State Liquor Authority (9 NYCRR 53.1(f)].

PLEASE TAKE NOTICE THAT YOUR FAILURE TO PLEAD WILL BE DEEMED A "NO CONTEST" PLEA AND NO FURTHER HEARING WILL BE HELD.

PLEASE TAKE FURTHER NOTICE that you may be represented by counsel. If you need a translator, you must bring one with you at your own expense.

PLEASE TAKE FURTHER NOTICE that you may plead to the charge(s) by mail instead of by personal appearance provided that a letter signed by you or your attorney, setting forth your plea of "Not Guilty" or "No Contest" is received by the Office of Counsel of the Division of Alcoholic Beverage Control at the above New York City address on or before the pleading date specified above.

PLEASE TAKE FURTHER NOTICE that the maximum penalty may be a revocation and forfeiture of the Bond filed by you, and or a civil penalty. In addition, if the Authority revokes the license, the Authority may proscribe the issuance of a license at the premises for a period of two years from the date of revocation of the license.

PLEASE TAKE FURTHER NOTICE: If you plead not guilty to the charge(s), a hearing will thereafter be scheduled at which you may appear with counsel, produce witnesses, and introduce evidence in your behalf.

PURSUANT TO SECTION 301 of the State Administrative Procedure Act, interpreter services shall be made available to deaf persons, at no charge, by the Authority.

Date:   11/10/2003

Licensee's name and residence address
JEFFREY HACKER

DIVISION OF ALCOHOLIC BEVERAGE CONTROL

Robert F. Buckley, Associate Attorney
Office of Counsel
Licensee's Landlord                by:      SCOTT WEINER, ESQ.
MOLLY BENDER                       11 Park Place, 5th Floor
                                   New York, New York 10007

Notice to Landlord:   As stated above, in the event the    Tel: [212] 417-4179
disposition of this case results in a Revocation of the    Fax: [212] 417-2056

**STATE OF NEW YORK**
**DIVISION OF ALCOHOLIC BEVERAGE CONTROL**

| 84 Holland Avenue | 11 Park Place | 125 Main Street |
| Albany, NY 12208 | New York, NY 10007 | Buffalo, NY 14203 |

*******************************************************************************

license, the Authority may impose, as part of the penalty, a two year prohibition against the issuance of any alcoholic beverage license at these premises.

Certified Mail # 7001 2510 0002 5248 9886

CC: **Warren Pesetsky, Pesetsky & Bookman, 325 Broadway, Suite 501, New York, NY 10007**

**STATE OF NEW YORK**
**DIVISION OF ALCOHOLIC BEVERAGE CONTROL**

| 84 Holland Avenue | 11 Park Place | 125 Main Street |
|---|---|---|
| Albany, NY 12208 | New York, NY 10007 | Buffalo, NY 14203 |

*************************************************************************************

IN THE MATTER OF PROCEEDINGS TO CANCEL OR REVOKE

**NOTICE OF PLEADING**

1100320, NEW YORK OP 1100320

**3730-2003/Case No. 11793**

LULU'S LLC

409 W 14TH STREET
NEW YORK, NY 10014

PLEASE TAKE NOTICE, that pursuant to Section 118 of the Alcoholic Beverage Control Law you are required to answer by mail as provided below, or in person, at the office of the Division of Alcoholic Beverage Control, 11 Park Place, Room 5-1B, New York, New York 10007, on **December 10, 2003**, at 11:00 AM, in connection with proceedings to cancel or revoke the above-referenced license, and to plead to the following charge(s):

1. That on 9/5/03, in violation of subdivision 2 of section 106 of the Alcoholic Beverage Control Law, the licensee kept alcoholic beverages upon the licensed premises in containers the contents of which were contaminated and not as represented on the labels affixed thereto and/or contained foreign matter.

PLEASE TAKE NOTICE THAT YOUR FAILURE TO PLEAD WILL BE DEEMED A "NO CONTEST" PLEA AND NO FURTHER HEARING WILL BE HELD.

PLEASE TAKE FURTHER NOTICE that you may be represented by counsel. If you need a translator, you must bring one with you at your own expense.

PLEASE TAKE FURTHER NOTICE that you may plead to the charge(s) by mail instead of by personal appearance provided that a letter signed by you or your attorney, setting forth your plea of "Not Guilty" or "No Contest" is received by the Office of Counsel of the Division of Alcoholic Beverage Control at the above New York City address on or before the pleading date specified above.

PLEASE TAKE FURTHER NOTICE that the maximum penalty may be a revocation and forfeiture of the Bond filed by you, and or a civil penalty. In addition, if the Authority revokes the license, the Authority may proscribe the issuance of a license at the premises for a period of two years from the date of revocation of the license.

PLEASE TAKE FURTHER NOTICE: If you plead not guilty to the charge(s), a hearing will thereafter be scheduled at which you may appear with counsel, produce witnesses, and introduce evidence in your behalf.

PURSUANT TO SECTION 301 of the State Administrative Procedure Act, interpreter services shall be made available to deaf persons, at no charge, by the Authority.

Date:   11/10/2003

Licensee's name and residence address
JEFFREY HACKER

DIVISION OF ALCOHOLIC BEVERAGE CONTROL

Robert F. Buckley, Associate Attorney
Office of Counsel
by:   SCOTT WEINER, ESQ.
11 Park Place, 5th Floor

Licensee's Landlord
MOLLY BENDER

Notice to Landlord: As stated above, in the event the disposition of this case results in a Revocation of the license, the Authority may impose, as part of the penalty, a two year prohibition against the issuance of any alcoholic beverage license at these premises.

Tel:   [212] 417-4179
Fax:   [212] 417-2056

Certified Mail # 7001 2510 0002 5248 9879

CC: WARREN PESETSKY, ESQ., PESETSKY & BOOKMAN, 325 BROADWAY, SUITE 501, NEW YORK, NY 10007

**STATE OF NEW YORK**
**DIVISION OF ALCOHOLIC BEVERAGE CONTROL**

| 84 Holland Avenue | 105 West 125th Street | 125 Main Street |
| Albany, NY 12208 | New York, NY 10027 | Buffalo, NY 14203 |

*******************************************************************************

IN THE MATTER OF PROCEEDINGS TO CANCEL OR REVOKE

**NOTICE OF PLEADING**

1100320, NEW YORK OP 1100320

<u>**3970-2003/Case No. 11805**</u>

LULU'S LLC
409 W 14TH STREET
NEW YORK, NY 10014

PLEASE TAKE NOTICE, that pursuant to Section 118 of the Alcoholic Beverage Control Law you are required to answer by mail as provided below, or in person, at the office of the **Division of Alcoholic Beverage Control, Harlem Center, 105 West 125th Street, 4th Floor, New York, New York 10027**, on **MARCH 17, 2004, at 11:00 AM**, in connection with proceedings to cancel or revoke the above-referenced license, and to plead to the following charge(s):

**1. That on 9/7/03, the licensee violated Rule 54.3 of the Rules of the State Liquor Authority [9 NYCRR 48.3], in that it did not conform with all applicable building codes, and/or fire, health, safety and governmental regulations; a summons was issued for unlicensed cabaret; all cause for revocation, cancellation or suspension of the license in accordance with Rule 36.1(f) of the Rules of the State Liquor Authority (9 NYCRR 53.1(f)].**

PLEASE TAKE NOTICE THAT YOUR FAILURE TO PLEAD WILL BE DEEMED A "NO CONTEST" PLEA AND NO FURTHER HEARING WILL BE HELD.

PLEASE TAKE FURTHER NOTICE that you may be represented by counsel. If you need a translator, you must bring one with you at your own expense.

PLEASE TAKE FURTHER NOTICE that you may plead to the charge(s) by mail instead of by personal appearance provided that a letter signed by you or your attorney, setting forth your plea of "Not Guilty" or "No Contest" is received by the Office of Counsel of the Division of Alcoholic Beverage Control at the above New York City address on or before the pleading date specified above.

PLEASE TAKE FURTHER NOTICE that the maximum penalty may be a revocation and forfeiture of the Bond filed by you, and or a civil penalty. In addition, if the Authority revokes the license, the Authority may proscribe the issuance of a license at the premises for a period of two years from the date of revocation of the license.

PLEASE TAKE FURTHER NOTICE: If you plead not guilty to the charge(s), a hearing will thereafter be scheduled at which you may appear with counsel, produce witnesses, and introduce evidence in your behalf.

PURSUANT TO SECTION 301 of the State Administrative Procedure Act, interpreter services shall be made available to deaf persons, at no charge, by the Authority.

Date:   02/10/2004

<u>Licensee's name and residence address</u>
JEFFREY HACKER



<u>Licensee's Landlord</u>
MOLLY BENDER

DIVISION OF ALCOHOLIC BEVERAGE CONTROL

Robert F. Buckley, Associate Attorney
Office of Counsel
<u>by</u>:     SCOTT WEINER, ESQ.

105 West 125th Street, 4th Floor
New York, New York 10027

Tel:  [212] 961-8329
Fax:  [212] 961-8316

Certified Mail # 7003 1680 0000 0295 7176

Notice to Landlord:  As stated above, in the event the disposition of this case results in a Revocation of the license, the Authority may impose, as part of the penalty, a two year prohibition against the issuance of any alcoholic beverage license at these premises.

CC: **Warren Pesetsky, Esq. , Pesetsky & Bookman, 325 Broadway, Suite 501, New York, NY 10007**

**STATE OF NEW YORK**
**DIVISION OF ALCOHOLIC BEVERAGE CONTROL**

| 80 South Swan Street, Suite 900 | 317 Lenox Avenue | 535 Washington Street, Suite 303 |
| Albany, NY 12210-8002 | New York, NY 10027 | Buffalo, NY 14203 |

*******************************************************************************

IN THE MATTER OF PROCEEDINGS TO CANCEL OR REVOKE

**NOTICE OF PLEADING**

1100320, NEW YORK OP 1100320

<u>**4324-2004/Case No. 21634**</u>

LULU'S LLC

409 W 14TH STREET
NEW YORK, NY 10014

PLEASE TAKE NOTICE, that pursuant to Section 118 of the Alcoholic Beverage Control Law you are required to answer by mail as provided below, or in person, at the office of the **Division of Alcoholic Beverage Control, Harlem Center, 317 Lenox Avenue, 4th Floor, (between 125th & 126th Streets), New York, New York 10027**, on **November 28, 2007**, at 11:00 AM, in connection with proceedings to cancel or revoke the above-referenced license, and to plead to the following charge(s):

1. That on 11/20/04, the licensee failed to comply with all applicable health, safety and governmental regulations, leading to three citations for health code violations; all cause for revocation, cancellation or suspension of the license in accordance with Rule 36.1(f) of the Rules of the State Liquor Authority (9 NYCRR 53.1(f)].

PLEASE TAKE NOTICE THAT YOUR FAILURE TO PLEAD WILL BE DEEMED A "NO CONTEST" PLEA AND NO FURTHER HEARING WILL BE HELD.

PLEASE TAKE FURTHER NOTICE that you may be represented by counsel. If you need a translator, you must bring one with you at your own expense.

PLEASE TAKE FURTHER NOTICE that you may plead to the charge(s) by mail instead of by personal appearance provided that a letter signed by you or your attorney, setting forth your plea of "Not Guilty" or "No Contest" is received by the Office of Counsel of the Division of Alcoholic Beverage Control at the above New York City address on or before the pleading date specified above.

PLEASE TAKE FURTHER NOTICE that the maximum penalty may be a revocation and forfeiture of the Bond filed by you, and or a civil penalty. In addition, if the Authority revokes the license, the Authority may proscribe the issuance of a license at the premises for a period of two years from the date of revocation of the license.

PLEASE TAKE FURTHER NOTICE: If you plead not guilty to the charge(s), a hearing will thereafter be scheduled at which you may appear with counsel, produce witnesses, and introduce evidence in your behalf.

PURSUANT TO SECTION 301 of the State Administrative Procedure Act, interpreter services shall be made available to deaf persons, at no charge, by the Authority.

Date:    10/25/2007

<u>Licensee's name and residence address</u>
JEFFREY HACKER

DIVISION OF ALCOHOLIC BEVERAGE CONTROL

Robert F. Buckley, Associate Attorney
Office of Counsel
<u>Licensee's Landlord</u>          by:       SCOTT WEINER, ESQ.
WILLIAM GOTTLIEB              317 Lenox Avenue

New York, New York 10027

Notice to Landlord: As stated above, in the event the    Tel: [212] 961-8329
disposition of this case results in a Revocation of the   Fax: [212] 961-8316
license, the Authority may impose, as part of the penalty,
a two year prohibition against the issuance of any alcoholic   Certified Mail # 7004 0750 0003 5655 4052
beverage license at these premises.

**STATE OF NEW YORK**
**DIVISION OF ALCOHOLIC BEVERAGE CONTROL**

| 80 South Swan Street, Suite 900 | 317 Lenox Avenue | 535 Washington Street, Suite 303 |
|---|---|---|
| Albany, NY 12210-8002 | New York, NY 10027 | Buffalo, NY 14203 |

*************************************************************************************

IN THE MATTER OF PROCEEDINGS TO CANCEL OR REVOKE

**NOTICE OF PLEADING**

1100320, NEW YORK OP 1100320

<u>**867-2005/Case No. 23301**</u>

LULU'S LLC

409 W 14TH STREET
NEW YORK, NY 10014

PLEASE TAKE NOTICE, that pursuant to Section 118 of the Alcoholic Beverage Control Law you are required to answer by mail as provided below, or in person, at the office of the **Division of Alcoholic Beverage Control, Harlem Center, 317 Lenox Avenue, 4th Floor, (between 125th & 126th Streets), New York, New York 10027**, on **November 28, 2007**, at 11:00 AM, in connection with proceedings to cancel or revoke the above-referenced license, and to plead to the following charge(s):

1. That on 10/7/04, the licensee sold alcoholic beverages not labeled or in conformity with rule 50 of the Rules of the State Liquor Authority [9 NYCRR 84]; all cause for revocation, cancellation or suspension of the license in accordance with subdivision 3 of section 107-a of the Alcoholic Beverage Control Law.
2. That on 10/7/04, in violation of subdivision 2 of section 106 of the Alcoholic Beverage Control Law, the licensee kept alcoholic beverages upon the licensed premises in containers the contents of which were not represented on the labels affixed thereto and/or contained foreign matter.

PLEASE TAKE NOTICE THAT YOUR FAILURE TO PLEAD WILL BE DEEMED A "NO CONTEST" PLEA AND NO FURTHER HEARING WILL BE HELD.

PLEASE TAKE FURTHER NOTICE that you may be represented by counsel. If you need a translator, you must bring one with you at your own expense.

PLEASE TAKE FURTHER NOTICE that you may plead to the charge(s) by mail instead of by personal appearance provided that a letter signed by you or your attorney, setting forth your plea of "Not Guilty" or "No Contest" is received by the Office of Counsel of the Division of Alcoholic Beverage Control at the above New York City address on or before the pleading date specified above.

PLEASE TAKE FURTHER NOTICE that the maximum penalty may be a revocation and forfeiture of the Bond filed by you, and or a civil penalty. In addition, if the Authority revokes the license, the Authority may proscribe the issuance of a license at the premises for a period of two years from the date of revocation of the license.

PLEASE TAKE FURTHER NOTICE: If you plead not guilty to the charge(s), a hearing will thereafter be scheduled at which you may appear with counsel, produce witnesses, and introduce evidence in your behalf.

PURSUANT TO SECTION 301 of the State Administrative Procedure Act, interpreter services shall be made available to deaf persons, at no charge, by the Authority.

Date:   10/25/2007

<u>Licensee's name and residence address</u>
JEFFREY HACKER

DIVISION OF ALCOHOLIC BEVERAGE CONTROL

Robert F. Buckley, Associate Attorney
Office of Counsel
<u>by:</u>   SCOTT WEINER, ESQ.
317 Lenox Avenue

<u>Licensee's Landlord</u>
WILLIAM GOTTLIEB

New York, New York 10027

Notice to Landlord:   As stated above, in the event the disposition of this case results in a Revocation of the license, the Authority may impose, as part of the penalty, a two year prohibition against the issuance of any alcoholic beverage license at these premises.

Tel:   [212] 961-8329
Fax:   [212] 961-8316

Certified Mail #   7004 0750 0003 5655 4076

**STATE OF NEW YORK**
**DIVISION OF ALCOHOLIC BEVERAGE CONTROL**

| 80 South Swan Street, Suite 900 | 317 Lenox Avenue | 535 Washington Street, Suite 303 |
| --- | --- | --- |
| Albany, NY 12210-8002 | New York, NY 10027 | Buffalo, NY 14203 |

*********************************************************************************

IN THE MATTER OF PROCEEDINGS TO CANCEL OR REVOKE

**NOTICE OF PLEADING**

1100320, NEW YORK OP 1100320

<u>1843-2006/Case No. 31216</u>

LULU'S LLC

409 W 14TH STREET
NEW YORK, NY 10014

PLEASE TAKE NOTICE, that pursuant to Section 118 of the Alcoholic Beverage Control Law you are required to answer by mail as provided below, or in person, at the office of the **Division of Alcoholic Beverage Control, Harlem Center, 317 Lenox Avenue, 4th Floor, (between 125th & 126th Streets), New York, New York 10027**, on **11/28/2007**, at 11:00 AM, in connection with proceedings to cancel or revoke the above-referenced license, and to plead to the following charge(s):

1. That on 1/14/06, 1/29/06 and/or 2/5/06, the licensee suffered or permitted the licensed premises to become disorderly by suffering or permitting altercation(s) and/or assault(s) to occur on the licensed premises in violation of subdivision 6 of section 106 of the Alcoholic Beverage Control Law.
2. That on 2/10/07, the licensee suffered or permitted disorder in violation of subdivision 6 of section 106 of the Alcoholic Beverage Control Law by suffering or permitting a robbery to occur inside the premises.

PLEASE TAKE NOTICE THAT YOUR FAILURE TO PLEAD WILL BE DEEMED A "NO CONTEST" PLEA AND NO FURTHER HEARING WILL BE HELD.

PLEASE TAKE FURTHER NOTICE that you may be represented by counsel. If you need a translator, you must bring one with you at your own expense.

PLEASE TAKE FURTHER NOTICE that you may plead to the charge(s) by mail instead of by personal appearance provided that a letter signed by you or your attorney, setting forth your plea of "Not Guilty" or "No Contest" is received by the Office of Counsel of the Division of Alcoholic Beverage Control at the above New York City address on or before the pleading date specified above.

PLEASE TAKE FURTHER NOTICE that the maximum penalty may be a revocation and forfeiture of the Bond filed by you, and or a civil penalty. In addition, if the Authority revokes the license, the Authority may proscribe the issuance of a license at the premises for a period of two years from the date of revocation of the license.

PLEASE TAKE FURTHER NOTICE: If you plead not guilty to the charge(s), a hearing will thereafter be scheduled at which you may appear with counsel, produce witnesses, and introduce evidence in your behalf.

PURSUANT TO SECTION 301 of the State Administrative Procedure Act, interpreter services shall be made available to deaf persons, at no charge, by the Authority.

Date:   10/25/2007

<u>Licensee's name and residence address</u>
JEFFREY HACKER
[redacted]

DIVISION OF ALCOHOLIC BEVERAGE CONTROL

Robert F. Buckley, Associate Attorney
Office of Counsel
<u>by</u>:    SCOTT WEINER, ESQ.
317 Lenox Avenue

<u>Licensee's Landlord</u>
WILLIAM GOTTLIEB
[redacted]

New York, New York 10027

Notice to Landlord:  As stated above, in the event the disposition of this case results in a Revocation of the license, the Authority may impose, as part of the penalty, a two year prohibition against the issuance of any alcoholic beverage license at these premises.

Tel:  [212] 961- 8329
Fax: [212] 961-8316

Certified Mail # 7004 0750 0003 5655 4083

# STATE OF NEW YORK
## DIVISION OF ALCOHOLIC BEVERAGE CONTROL

| | | |
|---|---|---|
| 80 South Swan Street, Suite 900<br>Albany, NY 12210-8002 | 317 Lenox Avenue<br>New York, NY 10027 | 535 Washington Street, Suite 303<br>Buffalo, NY 14203 |

*************************************************************************************

**IN THE MATTER OF PROCEEDINGS TO CANCEL OR REVOKE**

1100320, NEW YORK OP 1100320

LULU'S LLC

409 W 14TH STREET
NEW YORK, NY 10014

**NOTICE OF PLEADING**

**3455-2007/Case No. 34547**

PLEASE TAKE NOTICE, that pursuant to Section 118 of the Alcoholic Beverage Control Law you are required to answer by mail as provided below, or in person, at the office of the **Division of Alcoholic Beverage Control, Harlem Center, 317 Lenox Avenue, 4th Floor, (between 125th & 126th Streets), New York, New York 10027**, on **November 28, 2007**, at 11:00 AM, in connection with proceedings to cancel or revoke the above-referenced license, and to plead to the following charge(s):

1. That on 4/16/2006, in violation of subdivision 2 of section 106 of the Alcoholic Beverage Control Law, the licensee kept alcoholic beverages upon the licensed premises in containers the contents of which were not as represented on the labels affixed thereto.

PLEASE TAKE NOTICE THAT YOUR FAILURE TO PLEAD WILL BE DEEMED A "NO CONTEST" PLEA AND NO FURTHER HEARING WILL BE HELD.

PLEASE TAKE FURTHER NOTICE that you may be represented by counsel. If you need a translator, you must bring one with you at your own expense.

PLEASE TAKE FURTHER NOTICE that you may plead to the charge(s) by mail instead of by personal appearance provided that a letter signed by you or your attorney, setting forth your plea of "Not Guilty" or "No Contest" is received by the Office of Counsel of the Division of Alcoholic Beverage Control at the above New York City address on or before the pleading date specified above.

PLEASE TAKE FURTHER NOTICE that the maximum penalty may be a revocation and forfeiture of the Bond filed by you, and or a civil penalty. In addition, if the Authority revokes the license, the Authority may proscribe the issuance of a license at the premises for a period of two years from the date of revocation of the license.

PLEASE TAKE FURTHER NOTICE: If you plead not guilty to the charge(s), a hearing will thereafter be scheduled at which you may appear with counsel, produce witnesses, and introduce evidence in your behalf.

PURSUANT TO SECTION 301 of the State Administrative Procedure Act, interpreter services shall be made available to deaf persons, at no charge, by the Authority.

Licensee's name and residence address
JEFFREY HACKER
[redacted]

Licensee's Landlord
WILLIAM GOTTLIEB
[redacted]

Notice to Landlord: As stated above, in the event the disposition of this case results in a Revocation of the license, the Authority may impose, as part of the penalty, a two year prohibition against the issuance of any alcoholic beverage license at these premises.

Date:    10/25/2007

DIVISION OF ALCOHOLIC BEVERAGE CONTROL

Robert F. Buckley, Associate Attorney
Office of Counsel
by: SCOTT WEINER, ESQ.
317 Lenox Avenue

New York, New York 10027

Tel: [212] 961-8329
Fax: [212] 961-8316

Certified Mail # 7004 0750 0003 5655 4069

## STATE OF NEW YORK
## DIVISION OF ALCOHOLIC BEVERAGE CONTROL

| 80 South Swan Street, Suite 900 | 317 Lenox Avenue | 535 Washington Street, Suite 303 |
| Albany, NY 12210-8002 | New York, NY 10027 | Buffalo, NY 14203 |

*************************************************************************

IN THE MATTER OF PROCEEDINGS TO CANCEL OR REVOKE

**NOTICE OF PLEADING**

1100320, NEW YORK OP 1100320

**3458-2007/Case No. 36881**

LULU'S LLC

409 W 14TH STREET
NEW YORK, NY 10014

PLEASE TAKE NOTICE, that pursuant to Section 118 of the Alcoholic Beverage Control Law you are required to answer by mail as provided below, or in person, at the office of the **Division of Alcoholic Beverage Control, Harlem Center, 317 Lenox Avenue, 4th Floor, (between 125th & 126th Streets), New York, New York 10027**, on **November 28, 2007**, at 11:00 AM, in connection with proceedings to cancel or revoke the above-referenced license, and to plead to the following charge(s):

1. That on 4/28/2006, the licensee suffered or permitted the licensed premises to become disorderly by suffering or permitting an altercation and/or assault to occur on the licensed premises in violation of subdivision 6 of section 106 of the Alcoholic Beverage Control Law.

PLEASE TAKE NOTICE THAT YOUR FAILURE TO PLEAD WILL BE DEEMED A "NO CONTEST" PLEA AND NO FURTHER HEARING WILL BE HELD.

PLEASE TAKE FURTHER NOTICE that you may be represented by counsel. If you need a translator, you must bring one with you at your own expense.

PLEASE TAKE FURTHER NOTICE that you may plead to the charge(s) by mail instead of by personal appearance provided that a letter signed by you or your attorney, setting forth your plea of "Not Guilty" or "No Contest" is received by the Office of Counsel of the Division of Alcoholic Beverage Control at the above New York City address on or before the pleading date specified above.

PLEASE TAKE FURTHER NOTICE that the maximum penalty may be a revocation and forfeiture of the Bond filed by you, and or a civil penalty. In addition, if the Authority revokes the license, the Authority may proscribe the issuance of a license at the premises for a period of two years from the date of revocation of the license.

PLEASE TAKE FURTHER NOTICE: If you plead not guilty to the charge(s), a hearing will thereafter be scheduled at which you may appear with counsel, produce witnesses, and introduce evidence in your behalf.

PURSUANT TO SECTION 301 of the State Administrative Procedure Act, interpreter services shall be made available to deaf persons, at no charge, by the Authority.

Date:   10/25/2007

Licensee's name and residence address
JEFFREY HACKER



Licensee's Landlord
WILLIAM GOTTLIEB

DIVISION OF ALCOHOLIC BEVERAGE CONTROL

Robert F. Buckley, Associate Attorney
Office of Counsel
by:  SCOTT WEINER, ESQ.
317 Lenox Avenue

New York, New York 10027

Tel:  [212] 961-8329
Fax: [212] 961-8316

Certified Mail # 7004 0750 0003 5655 4090

Notice to Landlord: As stated above, in the event the disposition of this case results in a Revocation of the license, the Authority may impose, as part of the penalty, a two year prohibition against the issuance of any alcoholic beverage license at these premises.

STATE OF NEW YORK
DIVISION OF ALCOHOLIC BEVERAGE CONTROL

| 80 South Swan Street, Suite 900 | 317 Lenox Avenue | 535 Washington Street, Suite 303 |
| Albany, NY 12210-8002 | New York, NY 10027 | Buffalo, NY 14203 |

*************************************************************************************

IN THE MATTER OF PROCEEDINGS TO CANCEL OR REVOKE

NOTICE OF PLEADING

1100320, NEW YORK OP 1100320

**3460-2007/Case No. 37891**

LULU'S LLC

409 W 14TH STREET
NEW YORK, NY 10014

PLEASE TAKE NOTICE, that pursuant to Section 118 of the Alcoholic Beverage Control Law you are required to answer by mail as provided below, or in person, at the office of the **Division of Alcoholic Beverage Control, Harlem Center, 317 Lenox Avenue, 4th Floor, (between 125th & 126th Streets), New York, New York 10027**, on **November 28, 2007**, at 11:00 AM, in connection with proceedings to cancel or revoke the above-referenced license, and to plead to the following charge(s):

1. That, on 7/14/06, in violation of subdivision 1 of section 65 of the Alcoholic Beverage Control Law, the licensee sold, delivered or gave away, or permitted to be sold, delivered or given away, alcoholic beverages to a person or persons actually under the age of twenty-one years.
2. That on 8/16/06, in violation of subdivision 2 of section 106 of the Alcoholic Beverage Control Law, the licensee kept liquors and/or wines upon the licensed premises in any container other than the original sealed package as received from the manufacturer or wholesaler, to wit: .
3. That from 2004 through 2006, the occurrence of noise, disturbance, misconduct or disorder in the licensed premises, in front of or adjacent to the licensed premises, or in the parking lot of the licensed premises has resulted in the licensed premises becoming a focal point for police attention; all cause for revocation, cancellation or suspension of the license in accordance with Rule 36.1(q) of the Rules of the State Liquor Authority [9 NYCRR 53.1(q)] and Section 118(3) of the Alcoholic Beverage Control Law.

PLEASE TAKE NOTICE THAT YOUR FAILURE TO PLEAD WILL BE DEEMED A "NO CONTEST" PLEA AND NO FURTHER HEARING WILL BE HELD.

PLEASE TAKE FURTHER NOTICE that you may be represented by counsel. If you need a translator, you must bring one with you at your own expense.

PLEASE TAKE FURTHER NOTICE that you may plead to the charge(s) by mail instead of by personal appearance provided that a letter signed by you or your attorney, setting forth your plea of "Not Guilty" or "No Contest" is received by the Office of Counsel of the Division of Alcoholic Beverage Control at the above New York City address on or before the pleading date specified above.

PLEASE TAKE FURTHER NOTICE that the maximum penalty may be a revocation and forfeiture of the Bond filed by you, and or a civil penalty. In addition, if the Authority revokes the license, the Authority may proscribe the issuance of a license at the premises for a period of two years from the date of revocation of the license.

· PLEASE TAKE FURTHER NOTICE: If you plead not guilty to the charge(s), a hearing will thereafter be scheduled at which you may appear with counsel, produce witnesses, and introduce evidence in your behalf.

PURSUANT TO SECTION 301 of the State Administrative Procedure Act, interpreter services shall be made available to deaf persons, at no charge, by the Authority.

Date:   10/25/2007

Licensee's name and residence address
JEFFREY HACKER

DIVISION OF ALCOHOLIC BEVERAGE CONTROL

Robert F. Buckley, Associate Attorney
Office of Counsel
by: SCOTT WEINER, ESQ.
317 Lenox Avenue

Licensee's Landlord
WILLIAM GOTTLIEB

New York, New York 10027

Notice to Landlord: As stated above, in the event the

Tel: [212] 961- 8329

**STATE OF NEW YORK**
**DIVISION OF ALCOHOLIC BEVERAGE CONTROL**

| | | |
|---|---|---|
| 80 South Swan Street, Suite 900<br>Albany, NY 12210-8002 | 317 Lenox Avenue<br>New York, NY 10027 | 535 Washington Street, Suite 303<br>Buffalo, NY 14203 |

*********************************************************************************

disposition of this case results in a Revocation of the license, the Authority may impose, as part of the penalty, a two year prohibition against the issuance of any alcoholic beverage license at these premises.

Fax: [212] 961-8316

Certified Mail #  7004 0750 0003 5655 4106