

Roy Den Hollander <roy17den@gmail.com>

## Thurs AER|Fri Providence|Cabo San Lucas

**1 Luv Ent. <parties@1luventertainment.com>**   Wed, May 2, 2007 at 3:00 PM
Reply-To: parties@1luventertainment.com
To: ROY <RDHHH@yahoo.com>

What's up 1 Luv Partygoers & Celebrities,

- Back in December NYC's largest roster of top promoters assembled for a short time to give you a taste of a LARGER THAN LIFE party experience. Actually, it was incredible. No, it was spectacular. It doesn't matter which word or words we use to describe it, the bottom line is, it was truly one of the best parties we've ever promoted. The music, the crowd, the energy, the ambiance.. everything seemed to be just perfect. Afterwards, Thursday nights were never the same. We have reassembled to bring back that phenomenal party!!! This Thusday enjoy the "REMIX".

- Next Saturday May 12 Grand Opening of Superstar Saturdays @ Times Square newest Venue Spotlight!!!

- Don't Forget to book your Cabo Trip!!


-----------------------------

This Thursday,

1 Luv Entertainment invites you and your friends to join us for the continuation of our new Thursday Party at one of the Meatpacking District's most exclusive nightclub. "REMIX" Thursdays at AER.

Housed at New York's trendiest address, The Meatpacking District, AER was created to naturally lift the spirit and capture the inhibition and excitement that reflects New York's nightlife.

Not only is it lit like a dark alley, with cool neon and lots of shadowy corners, but there's no embarrassing strobe-lighted floor in the middle of the room. Instead, revelers are encouraged to dance on thickly upholstered ottomans, strong metallic cocktail tables, banquettes, and a carpeted platform that wraps around the room.

Already recognized as one of the most sought after sites for premier events and parties, AER's bi-level dynamic design is the perfect setting whether it's a high profile evening event or a very private celebrity soiree. With celestial references to Greek mythology AER plays light against dark throughout the venue. Sections are seductively veiled with beads and one of a kind lighting that highlights certain aspects of the decor. AER is a venue that is unmatched.

DJ Big Ben will be spinning a mix of Hip-Hop, Reggae, R&B, Rock, & Classics

Know Before You Go:
The door policy will be selective. Come early to avoid the hassle. RSVP's for Table Bottle Service is always recommended. And don't forget... Dress to Kill!!!!!!!!!!!

- Ladies on the 1 Luv Guest List will receive FREE Admission until 12AM

- Gents on the 1 Luv Guest List will receive Reduced Admission

- Open Bar till 11

Remember to ask for the 1 Luv Guestlist at the entrance!!!

Doors will open at 10pm.

AER
409 W. 13th St.
(& 9th Ave)

----------------------------

This Friday,

There's no better feeling than treating yourself to something good, especially when you think you deserve it. And after a long, hard week at work or at school, what better way to start your weekend, than by releasing the stress and letting loose. 1 Luv Entertainment invites you and your friends to join us for the continuation of "No Pressure Friday's" @ Providence.

- Ladies on the 1 Luv Guestlist will receive Complimentary Admission until 12am!

- Open Bar from 10pm – 11pm!

Providence's cathedral ceiling, beams still intact, bridging old world and new with a fresh American twist on Coastal European fare. A beautiful tri-level venue featuring three distinct spaces that allows you to enjoy the coziness of a lounge with the grandness of a night club: the downstairs Triumph Room, the Main Floor with staircase that leads into the overlooking wraparound VIP balcony or Madeira Suite w/ fireplace . As a destination spot for an evening of dancing and cocktails, Providence's unparalleled atmosphere is truly unforgettable.

A hint of hip hop, a dash of R&B, a splash of Latin downstairs, and whole lot of action is the recipe for one tasty party. This party will be phenomenal, and will always leaves you wanting more. The crowd will be hot, the music will be steady rocking, and the party will not stop until the lights turn on. Need anything else? Oh, did we mention how nice it is inside?

- Main Floor: Hip-Hop, R&B, Reggae, Reggaeton, 80's, Rock and Classics.

- Triumph Room: Latin

Know Before You Go:
- Please dress your best and please try to come early
- Remember to mention the 1 Luv Guestlist at the entrance

Birthday Packages available

Doors Open @ 10pm

Providence
311 W. 57th St.
btw 8th & 9th Aves

---------------------

MEMORIAL DAY WEEKEND, MAY 24TH - MAY 29TH 2007,

Have you ever been on vacation and feel like there's something missing? Either the destination is beautiful and exotic but the nightlife is just lacking or the nightlife is great but the destination is lacking. Well, we have the answer! We are offering an exotic destination with the nightlife you've come to know and luv from 1 Luv Entertainment. NYC, CALIFORNIA, VEGAS & MIAMI'S TOP PROMOTERS HAVE MERGED TO BRING YOU THE MOST EXCLUSIVE WEEKEND!!

:: LOS CABO SAN LUCAS, MEXICO
This coming Memorial Day weekend, we know you all want SUN, SAND, SURF, & SOMETHING DIFFERENT! So that's exactly what we'll give you! Known for it's frequent celebrity visits, upscale shopping & entertainment, world-class resorts, and off course it's amazing nightlife, 1 Luv Entertainment is taking you on a trip to the star-studded "playground" of celebrities and young socialites. Welcome to "CABO"! Situated on the southern most tip of the Mexican peninsula, Cabo San Lucas has established itself as the "it" beach destination with sugar white sands, aqua blue waters, and orange sunsets. But as the sun goes down...1 Luv Entertainment comes out to offer you our signature events like none other. With this in mind, we invite you to pack your sexiest outfits and experience 1 Luv Entertainment going global firsthand through tropical pleasures the "Cabo way"! Stay tuned for additional information including a complete list of our exclusive events, theme parties, and celebrity hosts & DJs. In the meantime, be sure to reserve your VIP passes ($150) through 1 Luv Entertainment to ensure you're getting the best rates & hottest parties in Cabo!

:: HOTEL ACCOMODATIONS
In order to provide you the full 1 Luv Entertainment experience, we've taken the liberty of reccomending one of Cabo San Lucas' premiere 5 star resorts. Stretching across the white sands of El Medrano Beach, sits the 3 world class hotels of the Villa Group Resorts. At this location the Villa Del Palmar, Villa Del Arco, & Villa La Estancia, are perched along the tip of the Baja Peninsula where the Sea of Cortez meets the Pacific Ocean. Each hotel has its own distinct character, living up to its 5 star rating in terms of service, amenities, & room quality. Whether you reserve a sophisticated deluxe room or spacious bedroom suite, you'll feel like a celebrity at our choice resort. Book early before prices start to inflate.
Book your trip on 1 Luv Global Travel website http://www.1luvglobal.com | Book Flight + Hotel together & save more | We recommend adding the roundtrip airport ground transportation option since hotels are 30 minutes from airport |Airport Code for San Jose Cabo, Mexico: SJD

:: ENDLESS PARTIES
And of course the party will be nonstop as we deliver to you day, evening, and after hours parties at world renowned clubs like Nikki Beach, Zoo, Nikki Beach's Passion, Bamboo Room, Buddha Bar, Mango Deck, & more. The best celebrity DJ's the U.S. has to offer like NYC's DJ Sizzahandz, LA's DJ Eric Cubeechee, & Vegas & LA's DJ Vice. Don't miss out on this exotic locations first taste of the ULTIMATE PARTY SERIES!!!

:: 1 Luv VIP PASSES
VIP passes allow our card holders all-access to daytime, night time, and after-hours events with NO ADDITIONAL COVER at the door. In addition, VIP card holders will have "line privileges" access to separate lines in order to expedite their entry to our venues. These passes are not yet available for purchase. Reserve your 1 Luv Entertainment VIP pass NOW to ensure the best possible rates (will start @ $150) since quantities are limited. Get on the waiting list for VIP passes for you & your friends NOW by contacting us. 12-15 Events. Group rates available. Don't get stuck paying $50- $70 per event.

---------------

To RSVP, please e-mail: parties@1luventertainment.com

Subject: 1 Luv Guestlist: Thursday @ AER
or
Subject: 1 Luv Guestlist: Friday @ Providence
or
Subject: Cabo VIP Passes
Include your name, email, phone #, and quantity you would like to purchase once available.

For table reservations, Birthday or Celebrations, or more info, please call or text: (732) 904-4991
Group and Birthday Party rates are available

www.1luventertainment.com
www.myspace.com/alboogie79

- Note: If you use one of the following email service and would like to ensure continued delivery of 1luventertainment.com emails please follow the instructions as follows as it applies:

Hotmail or MSN email users: Place the domain 1luventertainment.com in your safe list. The safe list can be accessed via the "Options" link next to the main menu tabs.

AOL email users: Place the mailfrom address in your address book.

Yahoo! email users: If the ezine is filtered to your 'bulk' folder,
open the message and click on the "this is not Spam" link
next to the From field.

---
You are currently subscribed to 1luventertainment as: RDHHH@yahoo.com.
To unsubscribe click here: http://list.1luventertainment.com/u?id=4799176O&n=T&l=1luventertainment&o=1035397
or send a blank email to leave-1035397-4799176O@list.1luventertainment.com