

Roy Den Hollander <roy17den@gmail.com>

**The grand opening of copacabana with dj capri saturday night @spy**

GVEE Ent <gveeent@aol.com>                                              Fri, Jan 26, 2007 at 12:24 PM
Reply-To: gvee@send104.com
To: rdhhh@yahoo.com

If you have received this email by error, or do not wish to be on this list, please
**unsubscribe**





**www.gvee.com**

**917.295.1722**

**RSVP Here**

**Forward this email to a friend**

**Send Comments**

You have requested to receive information from **GVEE Ent** - 160 Broadway, New York, NY 10001, USA
Unsubscribe | Report Spam | Update profile

E-mail campaign powered by:

Sendito
Complete E-mail Marketing