

**Roy Den Hollander <roy17den@gmail.com>**

### Thursday @ Lotus Gets Better Every Week

**1 Luv Ent <parties@1luventertainment.com>**                **Thu, Nov 8, 2007 at 9:00 AM**
Reply-To: parties@1luventertainment.com
To: ROY <RDHHH@yahoo.com>



**Grand Opening** of **Thursdays** at **Lotus**



This **Thursday**,
**Algene & Jeff** of *1 Luv* Entertainment invites you and your friends to join us for the continuation of our new **Thursday Party** at one of the Meatpacking District's most exclusive nightclubs **Lotus**.

**Lotus** is a New York nightlife staple that features a sexy and sophisticated nightclub with a lily pond at the entrance, beautiful stone wall at the back and nothing but luxurious accommodations in between. As a Top Five New York City Hotspot according to the 2006 Zagat Survey, Lotus continues to be the destination for those looking to experience the best the Big Apple has to offer

and has been the anchor for the Meatpacking District's thriving nightlife since its opening. Hipsters, celebrities, designers, fashionable A-Listers, and the best mix New York has to offer can be seen dancing at Lotus.

Know Before You Go:
Gentlemen be pre-warned: If you're not escorted by women then be prepared for Bottle Service. The door policy will be selective. RSVP's for Table Bottle Service is always recommended. And don't forget... Dress to Kill!!!!!!!!!!!

**- Ladies on the 1 Luv Guest List will receive FREE Admission till 1**

**- Guys on the 1 Luv Guest List will receive FREE Admission till 12**

**- Lotus will be playing a mix of Hip-Hop, Rock, & 80's**

Remember to ask for the *1 Luv* Guestlist at the entrance!!!

Doors will open at 10pm.

Come Early Capacity Crowd Expected!!!



or
Please e-mail: parties@1luventertainment.com
Subject: 1 Luv Guestlist: Thursday @ Lotus
For table reservations, Birthday or Celebrations, or more info, please call or text: **(732) 904-4991**

### Lotus

**409 W. 14th St.**
(btw 9th & 10th Aves)



```
*Note: If you use one of the following email service and would like to
ensure continued delivery of 1luventertainment.com emails please follow
the instructions as follows as it applies:

Hotmail or MSN email users: Place the domain 1luventertainment.com in your safe
list. The safe list can be accessed via the "Options" link
next to the main menu tabs.

AOL email users: Place the mailfrom address in your address book.

Yahoo! email users: If the ezine is filtered to your 'bulk' folder,
open the message and click on the "this is not Spam" link
next to the "From" field.


---
You are currently subscribed to 1luventertainment as: RDHHH@yahoo.com.
To unsubscribe click here: http://list.1luventertainment.com/u?id=4799176O&n=T&l=1luventertainment&o=2101765
or send a blank email to leave-2101765-4799176O@list.1luventertainment.com
```