


**WEEKLY PARTIES**

Legendary Mondays
@ China Club

Pay Day Wednesdays
@ Guest House

Fly High Thursdays
@ China Club

Metropolis Fridays
@ China Club

Members Only
Fridays @ Duvet

Sexy Saturdays
@ China Club

Images of Seduction Male
Revue @ Shei Shei Lounge

**SPECIAL EVENTS**

Fabolous VIP party @ Fly High

Thurs 5/31 @ China Club
Tony touch/ Shop Boyz
Fly High Thurs 6/7

Event Details

Every Friday @ China Club