Page 3 of 4

Metropolis Fridays @ China Club

    


**DETAILS:**
FREE Drink Ticket for anyone who arrives 10-11pm.
BOTTLE SPECIALS $125 Alize, Hpnotiq & Moet / $175 Grey Goose

**GUEST LIST:**
Ladies Complimentary Admission All Night - Reduced After / Gents Complimentary Admission till' 11pm - Reduced After
Get on the Guest List.

**ADDRESS:**
China Club is located at 268w 47th st. (Btwn Broadway & 8th Ave.)

**DIRECTIONS:**
Trains: A, F, D, N, R, Q, W TO 42ND

 Pictures of Metropolis Fridays @ China Club

  
 

5/31/2007

http://www.victory2multimedia.com/metropolis_fridays.php