

Roy Den Hollander <roy17den@gmail.com>

# Sign Up Confirmation - The Friday list for Sol

**Velvet List <info@velvetlist.com>**    Thu, May 31, 2007 at 5:42 PM
Reply-To: Velvet List <info@velvetlist.com>
To: rdhhh@yahoo.com



Thank you Roy Hollander for using velvetlist
You have been placed on the Velvet list at Sol for Friday night.

**Important: Mention that you are on the <u>Velvet List</u> at the door to get reduced admission, or you will have to pay full price!**
Take this printout to avoid confusion: http://www.velvetlist.com/printout.php3?club=Sol&night=Friday&name=Roy Hollander

**Models and Bottles Fridays at Sol**

Address: 609 West 29th Street (btwn 11th and 12th)
Cover: Ladies are free before 1AM on the Velvet List, and reduced after. Guys are free before 11PM with dates, and reduced afterwards.
Everyone on the Velvet List gets reduced admission of $20. Regular Admission is $30.
Open Vodka Bar 10-11 PM!!

Friday Nights are HOTTER then Ever ...and this Friday will be no exception with NYC's Hottest DJs bringin' you a Sexy Blend of Hip-hop.. Latin.. Reggae.. Reggaeton and Old School that'll Burn it Up inside!!! Models & Bottles will definitely get you in the Summer Time Mode!!!
Come Party inside this alluring hotspot with 3 bars and tons of VIP sections throughout!! Club Sol is a Must.. to kick your Weekends Off Right!!! Whether it's the captivatin' Party Vibe.. the DJ Rotation thats always Hot.. or the Sexy People inside... Model & Bottle Fridays will keep you comin back!!
As Always, Dress your Sexiest & Be Trendy, as the Door is Selective!!! and... Arrive Early as this Party is NOTORIOUS for being Heavily Attended!!!