UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Roy Den Hollander,

        Plaintiff on behalf of himself
        and all others similarly situated,

    -against-

Copacabana Nightclub,
China Club,
Guest House,
A.E.R. Nightclub,
Lotus,
Sol, and
Jane Doe Promoters,

        Defendants.
---------------------------------------------------------------X

Case No.: 07-CV 5873 (MGC)

**CERTIFICATE OF SERVICE**

I, DEBORAH SWINDELLS DONOVAN, hereby certify that on November 26, 2007, I caused a true and correct copy of the DEFENDANT'S LOTUS, MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S ALLEGED CROSS MOTIONS to be served:

via the electronic court filing system of the United States District Court of the Southern District of New York upon:

    Roy Den Hollander, Esq.
    Plaintiff
    545 East 14th Street
    New York, New York 10009
    (212) 995-5201

    Vanessa R. Elliot, Esq.
    Beattie Padovano, LLC
    Attorneys for Defendant A.E.R. Lounge, LLC
    50 Chestnut Ridge Road
    Montvale, New Jersey 07645
    (201) 573-1810

abk@ezlaw.com
Adam B. Kaufman, Esq
Adam B. Kaufman & Associates, PLLC
Attorneys for Defendant Sol
585 Stewart Avenue, Suite 302
Garden City, New York 11530
(516) 228-8823

via email upon:

twilinsky@bianconeandwilinsky.com
Thomas B. Wilinsky, Esq.
Biancone & Willinsky, LLP
Attorneys for Defendant Nightlife Enterprises, L.P. d/b/a China Club
230 Park Avenue, Suite 606
New York, New York 10169
(212) 661-1888

charles@charleslinn.com
Charles B. Linn, Esq.
Attorneys for Defendant Copacabana
901 North Broadway
North White Plains, New York 10603
(914) 949-4200

Dated: November 26, 2007

Deborah Swindells Donovan (DD3121)