

Roy Den Hollander <roy17den@gmail.com>

# Activity in Case 1:07-cv-05873-MGC Hollander v. Copacabana Nightblub et al Amended Complaint

NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>    Mon, Nov 26, 2007 at 1:08 PM

To: deadmail@nysd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**United States District Court for the Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 11/26/2007 at 1:08 PM EST and filed on 11/21/2007
**Case Name:**      Hollander v. Copacabana Nightblub et al
**Case Number:**    1:07-cv-5873
**Filer:**          Roy Den Hollander
                    Copacabana Nightclub
                    A.E.R. Lounge
**Document Number:** 46

**Docket Text:**
FIRST AMENDED CLASS ACTION COMPLAINT amending [1] Complaint, against A.E.R. Lounge, Copacabana Nightclub, Jane Doe Promoters, China Club, Lotus, Sol.Document filed by Copacabana Nightclub, A.E.R. Lounge, Roy Den Hollander.Related document: [1] Complaint, filed by Roy Den Hollander. (Attachments: # (1) AmdCmpExhibit 1, # (2) AmdCmpExhibit 2, # (3) AmdCmpExhibit 3, # (4) AmdCmpExhibit 4, # (5) AmdCmpExhibit 5, # (6) AmdCmpExhibit 6, # (7) AmdCmpExhibit 7, # (8) AmdCmpExhibit 8, # (9) AmdCmpExhibit 9, # (10) AmdCmpExhibit 10, # (11) AmdCmpExhibit 11, # (12) AmdCmpExhibit 12, # (13) AmdCmpExhibit 13, # (14) AmdCmpExhibit 14, # (15) AmdCmpExhibit 15)(db)

**1:07-cv-5873 Notice has been electronically mailed to:**

Robert Scott Grossman rsgpcny@aol.com

Roy Den Hollander rdhhh@yahoo.com

Deborah Swindells Donovan ddonovan@gordonrees.com

Vanessa Reeve Elliott velliott@beattielaw.com

**1:07-cv-5873 Notice has been delivered by other means to:**