

Roy Den Hollander <roy17den@gmail.com>

# 07 cv 5873 First Amended Complaint

**Roy Den Hollander <roy17den@gmail.com>**  Wed, Nov 21, 2007 at 11:05 AM
To: case_openings@nysd.uscourts.gov

Dear Clerk,

I've attached the First Amended Complaint with Exhibits.

--
Roy Den Hollander
Attorney at Law
New York, N.Y.
rdhhh@yahoo.com
(917) 687-0652

**16 attachments**

- First Amndd Cmplntyyy.pdf
  34K
- SLA Lotus Vltns.PDF
  703K
- Lotus Tax Wrrnts.pdf
  50K
- AER 5.3.7.pdf
  38K
- China 11.9.7.pdf
  138K
- Copa 1.26.7.pdf
  150K
- Lotus 11.8.7.pdf
  164K
- Sol 9.29.7.pdf
  103K
- AER 5.24.7.pdf
  15K
- AER Ad.pdf
  1074K
- China 1 6.1.7.pdf
  1001K
- China 2 6.1.7.pdf
  666K
- Copa 5.24.7.pdf
  713K
- Lotus 5.23.7.pdf
  23K
- Sol 6.1.7.pdf
  23K
- Class Actn Cmplnt.pdf
  14K