| DIST. | OFF. | YR. | NUMBER | MO | DAY | YEAR | J | N/S | O | PTF | DEF | 23 | $ DEMAND | Nearest $1,000 | MAG. NO. | COUNTY | DEM. | YR. | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 86 | 3348 | 4 | 28 | 86 | 3 | 190 | | 1 | | | 250, | 0878 | 36061 | M | | 86 | 3348 |

**PLAINTIFFS**

INDEPENDENT ASSOCIATION OF PUBLISHERS
EMPLOYEES, INC.
HOWLEY, JAMES
BERKOWITZ, PEGGY
STUCKEY, STEPHEN
MORITSUGU, JOHN
FIELDER, MURIEL
CZERNIAK, FRED
McNISH, JACQUIE
WHYTE, HEATHER
SCHACTER, MARK
BARR, PETER

**DEFENDANTS**  CEDARBAUM, J.

DOW JONES & COMPANY, INC.,
DOW JONES PROFIT SHARING
RETIREMENT PLAN,

Fld. Amended Complaint
7/17/86

**CAUSE**   dc

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

Suit under §§ 301 (a) and 302(c).29 USC §§185(a), 186(c).

**ATTORNEYS**

HALL & SLOAN
By: Burton H. Hall
401 Broadway,
New York, New York  10013
(212) 431-9114

For Defendants:
Gibson, Dunn & Crutcher
200 Park Avenue
New York, New York 10166
(212) 351-4000
By:

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | STATISTICAL CARDS | |
|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | 28 APR 1986 | 126524 | | JS-5 | |
| | | | | JS-6 | 6-26-87 |

UNITED STATES DISTRICT COURT DOCKET              DC-111 (Rev. 9/81)