86 civ 3348  INDEPENDENT ASS. OF PUBLISHERS, et al -vs- DOW JONES et al  86 civ 3348

| DATE | NR. | PROCEEDINGS — CEDARBAU, J. |
|---|---|---|
| 4-28-86 | 1 | Fld. Complaint--Issued Summons and Notice of purs. to 28 U.S.C. 636(c). |
| 6/19/86 | 2 | Fld. defts Affdvt & Notice of Motion, for an order dismissing pltffs' complaint, ret; 7/11/86. |
| 6/19/86 | 3 | Fld. defts memorandum of law in support of their motion to dismiss the complaint. |
| 7/16/86 | 4 | Fld. pltff's Affirmation of Burton H. Hall, in opposition to the motion of defts to dismiss. |
| 7/16/86 | 5 | Fld. Pltffs' memorandum in opposition to defts' motion to dismiss. |
| 7/17/86 | 6 | Fld. Amendment to Complaint. |
| 7/21/86 | 7 | Fld. Defts' reply memorandum in further support of their motion to dismiss the complaint. |
| 8/12/86 | 8 | Fld. Pltffs' memorandum regarding Dow Jones' Status as Fiduciary. |
| 9/11/86 | 9 | Fld. Memorandum Opinion & Order #59839, that defts' motion to dismiss count one of the complaint is granted for the reasons indicated, etc...Cedarbaum,J cmc |
| 12/1/86 | 10 | Fld. Pltffs Affirmation & Notice of Motion, for an order purs. to rule 15(b) of the FRCP, granting leave & permission to pltffs to serve & file an Amended Complaint Ret; 12/12/86. |
| 1/20/87 | 11 | Fld. Defts, Dow Jones & Co. Inc. & Dow Jones Profit Sharing Retirement Plan's Affdvt of Jonathan L. Sulds, in opposition to pltffs' motion for an order granting leave to serve & file an Amended Complaint. (received in the night deposit box on 1/16/87) |
| 1/27/87 | 12 | Fld. Pltffs Reply Affirmation of Burton H. Hall, in reply to the affdvt of Jonathan L. Sulds, & submitted by defts in opposition to pltffs motion for leave to amend. |
| 1/30/87 | -- | Fld. Memo-Endorsed on doc. #10, that after consideration of the papers & the oral argument, the motion is denied...Cedarbaum,J cm |
| 2/20/87 | 13 | Fld. Stip & Order that the time within which defts Dow Jones & Co. Inc. & Dow Jones Profit Sharing Retirement Plan may answer to the Amended Complaint is ext. until 2/26/87...Cedarbaum,J |
| 2/26/87 | 14 | Fld. Defts Notice of Motion, for an order dismissing pltffs complaint, ret; 3/13/87 |
| 2/26/87 | 15 | Fld. Defts Memorandum of law in support of their motion to dismiss the amended complaint. |
| 3/17/87 | 16 | Fld. Stip & order that defts motion to dismiss pltffs Amended Complaint is adj. to 4/10/87, etc...Cedarbaum,J |
| 4/1/87 | 17 | Fld. Pltffs Statement under rule 3(g) in regard to defts motion for dismissal of the Amended complaint. |
| 4/1/87 | 18 | Fld. Pltffs Memorandum in opposition to defts motion to dismiss the Amended Complaint. |
| 4/22/87 | 19 | Fld. Defts reply memorandum of law in further support of their motion to dismiss the Amended Complaint. |

cont pg 3