DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 86 Civ. 3348 MGC |
|---|---|---|
| INDEPENDENT ASSOC. OF PUBLISHERS et.al. | DOW JONES & CO INC et.al. | PAGE 3 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 6/24/87 | 20 | Fld. Opinion #61163, that the defts motion for summary judgment is granted, etc..Cedarbaum,J cm    MD |
| 6/26/87 | 21 | Fld. Judgment that the complaint is dismissed..Clerk EOD 6/30/87 mc MD |
| 6/30/87 | 22 | Fld. Pltffs Notice of Motion, for reargument of the defts motion for dismissal of the amended complaint, ret; 7/15/87.    MD |
| 6/30/87 | 23 | Fld. Memorandum in support of pltffs motion for reargument.    MD |
| 7/6/87 | 24 | Fld. Pltffs Affirmation & Notice of Motion for an order vacating the judgment entered 6/26/87, Ret; 7/24/87.    MD |
| 7-31-87 | 25 | Fld. Defendants Memorandum of Law in opposition to Plaintiffs motions for reargument, to vacate the judgment, and/or for leave to Amend. RFG |
| 10-23-87 | 26 | Fld. ORDER, plaintiffs motion for reargument is denied, the motion to vacate the judgment entered 6-23-87 is denied, the motion for leave again to amend the complaint is also denied.So Ordered Cedarbaum,J.    CM    RFG |
| 11-20-87 | 27 | Fld. Plaintiffs Notice of Appeal to USCA 2nd Circuit from judgment filed 6-26-87 and order filed 10-28-87.    CM    RFG<br>CC: Hall & Sloan    Gibson, Dunn & Crutcher |
| 11-23-87 | -- | Forwarded copy of appeal to chambers and org. appeal with 2 copies of the docket sheet and judgment and Order to O&A.    RFG |
| 1-26-88 | 28 | Fld. True Copy of Mandate and Order from U.S.C.A. 2nd. Cir. withdrawning the appeal without costs.Clerk U.S.C.A. (Copy sent to chambers and O&A)    RFG |