UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Roy Den Hollander,

       Plaintiff on behalf of himself        Docket No. 07 CV 5873 (MGC)
       and all others similarly situated,        ECF

  -against-        **CERTIFICATE OF SERVICE
       CROSS MOTIONS AND
       SUPPLEMENTAL OPPOSITION
       TO MOTIONS TO DISMISS**

Copacabana Nightclub,
China Club,
A.E.R. Nightclub,
Lotus,
Sol, and
Jane Doe Promoters,

       Defendants.
------------------------------------------------------------x

    I, Roy Den Hollander, certify that on December 27, 2007, I served a copy of the plaintiffs' class Cross Motions and Supplemental Opposition to Defendants' Motions to Dismiss with exhibits by the electronic court filing system of the U.S. Southern District Court on

    Vanessa R. Elliott, Esq.
    Beattie Padovano, LLC
    Attorneys for defendant A.E.R.
    50 Chestnut Ridge Road
    Montvale, NJ 07645
    (201) 573-1810

    Deborah Swindells Donovan, Esq.
    Gordon & Rees, LLP
    Attorneys for defendant Lotus
    90 Broad Street, 23rd Floor
    New York, N.Y. 10004
    (212) 269-5500

    Robert S. Grossman, Esq.
    Adam B. Kaufman & Associates, PLLC
    Attorneys for defendant Sol

    585 Stewart Avenue, Suite 302
    Garden City, N.Y. 11530
    (516) 228-8823,

And on December 27, 2007 via email to

    charles@charleslinn.com
    Charles B. Linn, Esq.
    Attorney for defendant Copacabana
    901 North Broadway
    North White Plains, N.Y. 10603
    (914) 949-4200

And on December 28, 2007, served by U.S. Post in a first-class wrapper with postage paid and

deposited into a U.S. Postal depository on

    Judge Cedarbaum
    United States Courthouse
    Southern District of New York
    500 Pearl Street, Room 1330
    New York, N.Y. 10007

    Charles B. Linn, Esq.
    Attorney for defendant Copacabana
    901 North Broadway
    North White Plains, N.Y. 10603
    (914) 949-4200

    Danny Feied, Principal
    China Club
    Nightlife Enterprises L.P.
    268 West 47 Street
    New York, N.Y. 10036-1411
    (212) 398-3800

Dated: New York, NY                                          /S/
       December 28, 2007                           _____
                                                                      Roy Den Hollander (RDH 1957)
                                                                      545 East 14 Street, 10D
                                                                      New York, NY 10009
                                                                      (917) 687 0652