UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Roy Den Hollander,

       Plaintiff on behalf of himself and others
       Similarly situated,

      -against-

Copacabana Nightclub,
China Club,
Guest House,
A.E.R. Nightclub,
Lotus,
Sol,[1] and
Jane Doe Promoters,

       Defendants.
-------------------------------------------------------------X

Civil Action No.

07 CV 5873

**NOTICE OF APPEARANCE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney is of the law offices of Gordon & Rees LLP, and hereby files this Notice of Appearance in the above-referenced action as counsel for the Defendants in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers to be served upon:

      CHRISTOPHER BLOCK, ESQ. (CB 452061)
      CBLOCK@gordonrees.com
      GORDON & REES, LLP
      90 Broad Street, 23rd Floor
      New York, NY 10004
      Phone: 212-269-5500
      Fax: 212-269-5505

Dated: New York, New York
       August 20, 2008

GORDON & REES LLP

By: _____

Christopher Block, Esq. (CB 452061)
Attorneys for Defendants
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 269-5500

TO:  Roy Den Hollander, Esq. (RDH 1957)
     The Law Office of
     Roy Den Hollander, Esq.
     *Attorney for Plaintiff*
     545 East 14th Street, 10D
     New York, NY 10009