UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

Roy Den Hollander,

                 Plaintiff on behalf of himself and others
                 Similarly situated,

        -against-

Copacabana Nightclub,
China Club,
Guest House,
A.E.R. Nightclub,
Lotus,
Sol, [1] and
Jane Doe Promoters,

              Defendants.

---------------------------------------------------------------------X

**Civil Action No.**

07 CV 5873

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                   ) ss.:
COUNTY OF NEW YORK )

             Samona Butler, being duly sworn, deposes and says:

     1.     I am over eighteen years old, am not a party to this action, and reside in Queens County, State of New York.

     2.     On August 20, 2008, I caused to be served **Defendant's Notice of Appearance** by placing true copies of the same in securely sealed first class postage paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon:

TO:    Roy Den Hollander, Esq. (RDH 1957)
        The Law Office of
        Roy Den Hollander, Esq.
        *Attorney for Plaintiff*
        545 East 14th Street, 10D
        New York, NY 10009

Sworn to before me this
20 day of August, 2008

_____
Notary Public

                           _____
                           SAMONA BUTLER

        **THOMAS B. COPPOLA**
        **Notary Public, State of New York**
        No. 02CO6099054
        **Qualified in New York County**
        **Commission Expires Sept. 22, 20___**

LULU/1046630/2499360v.1