```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROY DEN HOLLANDER, on behalf of himself
and all others similarly situated,

                    Plaintiff,

-against-

COPACABANA NIGHTCLUB, et al.,
                    Defendants.
-------------------------------------------------------------X

07 CIVIL 5873 (MGC)

**JUDGMENT**

Defendants AER, Lotus, and Sol having moved to dismiss the first amended complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Miriam Goldman Cedarbaum, United States District Judge, and the Court, on September 29, 2008, having rendered its Opinion granting AER, Lotus, and Sol's motions to dismiss, dismissing the complaint as to all defendants, and denying Hollander's motions, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated September 29, 2008, AER, Lotus, and Sol's motion to dismiss are granted; the complaint is dismissed as to all defendants; and Hollander's motions are denied; accordingly, the case is closed.

**Dated:** New York, New York
          September 29, 2008

                                          J. MICHAEL McMAHON
                                                Clerk of Court
                           BY:

                                                  Deputy Clerk

                                            THIS DOCUMENT WAS ENTERED
                                            ON THE DOCKET ON _____