UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Roy Den Hollander_
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

07 Civ. 5873 (MGC)

- against -

_Copacabana Nightclub, China Club, A.E.R. Lounge, Lotus, Sol, and Jane Doe Promoters_
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**NOTICE OF APPEAL IN A CIVIL CASE**

U.S. DISTRICT COURT FILED OCT 10 2008 S.D. OF N.Y.

PRO SE OFFICE
OCT 10 2008

Notice is hereby given that _Roy Den Hollander_
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from ~~the Judgment~~ _an order dismissing the first amended complaint under Fed. R. Civ. P. 12(b)(6)._
(describe the judgment)

entered in this action on the __29__ day of __September__, 20__08__.
(date)   (month)   (year)

_Roy Den Hollander_
Signature

_545 East 14 St, 10D_
Address

_NY, NY 10009_
City, State & Zip Code

DATED: _October 9_, 2008

_(917) 687-0652_
Telephone Number

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

Rev. 05/2007